**CURRICULUM VITAE**

**Randall L. Tackett, Ph.D.**

Department of Clinical and Administrative Pharmacy
College of Pharmacy, University of Georgia
Athens, Georgia 30602
Phone:  (706) 542-5415
E-mail: rtackett@me.com

**BIRTH DATE:**     December 7, 1954

**MARITAL STATUS:**   Married (Ann), two children (Laura and Allison)

**CITIZENSHIP:** U.S.

**EDUCATION:**

| | | |
|---|---|---|
| | 1977-1979 | University of Georgia<br>Athens, GA<br>Ph.D. Pharmacology |
| | 1975-1977 | Auburn University<br>Auburn, AL<br>M.S. Pharmacology |
| | 1972-1975 | Jacksonville University<br>Jacksonville, FL<br>B.S. Biology |

**PROFESSIONAL EXPERIENCE:**

| | | |
|---|---|---|
| | 2006-present | Director of Clinical Research Trials Program<br>Regulatory Affairs Graduate Program<br>College of Pharmacy<br>University of Georgia |
| | 2000-present | Adjunct Clinical Professor<br>Department of Psychology<br>Fairleigh Dickenson University |
| | 1997-present | Professor and Graduate Coordinator<br>Department of Clinical and Administrative Pharmacy<br>College of Pharmacy<br>University of Georgia |
| | 1995-1997 | Professor<br>Department of Pharmacology and Toxicology<br>College of Pharmacy<br>University of Georgia |

| 1989-1994 | Head |
| | Department of Pharmacology and Toxicology |
| | College of Pharmacy |
| | University of Georgia |

1987-present   Adjunct Professor
Dept. Physiology/Pharmacology
College of Veterinary Medicine
University of Georgia

1986-1994   Associate Professor of Pharmacology
College of Pharmacy
University of Georgia

1985-1989   Coordinator for Research and
Graduate Studies
College of Pharmacy
University of Georgia

1981-1985   Assistant Professor of Pharmacology
College of Pharmacy
University of Georgia

1979-1981   Postdoctoral Fellow
Dept. Pharmacology
Medical University of South Carolina

## Professional Affiliations

American Society of Pharmacology and Experimental Therapeutics
Sigma Xi
International Society on Toxicology
Rho Chi Pharmaceutical Honor Society
Phi Lambda Sigma Pharmacy Leadership Society
Phi Kappa Phi Honor Society
American Heart Association Council on Circulation
International Society on Hypertension in Blacks
Listed in Who's Who in Medicine and Healthcare

## Honors and Awards

Member of Basic Sciences Council of International Society for Hypertension in Blacks
Invited speaker at Gordon Conference on Magnesium (1982)
Phi Delta Chi Teacher of the Year (1983-1984)
Selected to give charge to June graduating class (1984)
Received the Dean's Award for Outstanding Teaching (1987)
Recognized as Outstanding Teacher of the Year from the University of Georgia,

College of Pharmacy by the American Association of the Colleges of Pharmacy (1987)
Received 1987 Georgia Pharmacist Magazine Dedication
Nominee for Josiah Meigs Award for Excellence in Teaching, College of Pharmacy (1989)
Chaired Session on "Cocaine" at FASEB meeting, New Orleans, March, 1989.
Received l990 Georgia Pharmacist Magazine Dedication
President, University of Georgia Chapter of the Society for Neuroscience (1990-91)
Received 1994 Georgia Pharmacist Magazine Dedication
1994 FASEB MARC/MBRS Visiting Scientist
University of Georgia Panhellenic Council Outstanding Faculty Member of the Year Nominee(1993-1994)
1996 Fellow of the International Society on Hypertension in Blacks
Recipient of Wyeth-Ayerst Stipend for University of Utah School of Alcoholism and Other Drug
Dependencies (Summer, 1997)
*Ethnicity & Disease* Field Editor (1998 –2000)
Georgia Psychological Association Distinguished Faculty Award, 1999
College of Pharmacy Teacher of the Year Nominee, 2000
Key Note Speaker, Rho Chi Banquet, 2000
American Psychological Association Presidential Citation, 2000.
Phi Delta Chi Teacher of the Year, 2004
Rho Chi Keynote Speaker, 2006
Leadership Excellence in Judicial Branch Education - Georgia Institute of Continuing Judicial Education
Medallion
American Journal of Veterinary Research Board of Scientific Reviewers 2007-2009
Hypertension Board of Reviewers 2007-2008
American Heart Association Southeastern Affiliate Board of Directors Leadership Award 2006
Key Note Address, National Honor Society, Cedar Shoals High School, Athens, GA  2008
Journal of Pharmacovigilance Editorial Board 2012- present

**Certificates/Courses**

"The past, present, and future of FDA human drug regulation," FDA Center for Drug Evaluation and
Research, Certificate, 7/15/10

**Refereed Publications**

Tackett, R. L. and Holl, J. E.:  Histaminergic Mechanisms Involved in the Centrally Mediated Effects of
Ouabain.  *J. Pharmacol. Exp. Ther*. 215: 552-556, 1980.

Tackett, R. L., Webb, J. G. and Privitera, P. J.:  Cerebroventricular Propranolol Elevates Cerebrospinal
Fluid Norepinephrine and Lowers Blood Pressure.  *Science* 213: 911-913, 1981.

Tackett, R. L. and Holl, J. E.:  Decreased Inotropism and Increased Automaticity to Ouabain in
Furosemide-Induced Hypomagnesemia.  *J. Cardiovascular Pharmacol*. 3: 1269-1277, 1981.

Plunkett, L. M. and Tackett, R. L.:  Central Alpha Receptors and Their Role in Digoxin Cardiotoxicity.  *J.
Pharmacol. Exp. Ther*. 227: 683-686, 1983.

Rydzik, R., Terragno, A. and Tackett, R. L.:  Picogram Detection of Eicosanoids by UV Absorbance After
Narrow Bore HPLC.  *J. Chromatograph*. 308: 31-41, 1984.

3

Chu, C. K., Wander, J. D., Tackett, R. L., Iturrian, W. B., Schmitz, J. P., Garner, G. E. and Chae, K.:  A Novel Serotonin Antagonist 2'2-Biol[3-2-N,N-dimethylaminoethyl)indoyl] sulfide (BDIS).  *J. Heterocyclic Chem.* 21: 1901-1903, 1984.

Kaswan, R. L., Tackett, R. L., Martin, C. L. and Bartell, D. E.:  Intraocular Penetration of Cyclosporin in rabbits.  *Invest. Opthalmol. Suppl.*  25: 37, 1984.

Plunkett, L. M., Gokhale, R. D., Vallner, J. J. and Tackett, R. L.:  Prazosin Alters Free and Total Plasma Digoxin Levels in Dogs. *Am. Heart J.* 109: 847-853, 1985.

Heric, E. and Tackett, R. L.:  Altered Vascular Reactivity in the Rabbit During Hypercholesterolemia. *Pharmacol.* 31: 72-81, 1985.

Plunkett, L. M. and Tackett, R. L.:  The Effects of Central Beta Receptor Antagonism on Digoxin Cardiotoxicity.  *Res. Comm. Path. Pharmacol.*  48: 209-220,1985.

Arnold, T. H. and Tackett, R. L.:  Effects of Magnesium on the Action of Vasodilatory Agents. *Pharmacol.* 31: 218-224, 1985.

Arnold, T. H., Vallner, J. J. and Tackett, R. L.:   Age-related Changes in the Pharmacodynamics of Verapamil.  *Am. Heart J.*  110: 981-986, 1985.

Tackett, R. L., Webb, J. G. and Privitera, P. J.:  Site and Mechanism of the Centrally Mediated Hypotensive Action of Propranolol.  *J. Pharmacol. Exp. Ther.* 235: 66-70, 1985.

Arnold, T. H., Tackett, R. L. and Vallner, J. J.:  Comparison of the Pharmacokinetics of Verapamil After IV, Oral and Intranasal Administration.  *Biopharm. Drug Disposition* 6: 447-454, 1985.

Bjorling, D. E. and Tackett, R. L.:  Reactivity of Denervated Vascular Grafts in Dogs.  *Am. Coll. Vet. Surg.* 15: 13-14A, 1986.

Rawlings, C., Tackett, R. L., Bjorling, D. and Arnold, T. H.:  Stress Response Following Anesthesia and Major Surgery in the Student Lab.  *Am. Coll. Vet. Surg.*  15: 32A, 1986.

Tackett, R. L.:  Enhanced Sympathetic Activity as a Mechanism for Cardiac Glycoside Toxicity in Hypomagnesemia.  *Pharmacol.* 32: 141-146, 1986.

Rydzik, R., Terragno, N., Tackett, R. L. and Terragno, A.:  Estradiol Inhibits Arachidonic Acid Metabolism in Renal and Vascular Tissue.  *Clin. Exp. Hypertension in Preg.*  B5: 51-68, 1986.

Plunkett, L. M. and Tackett, R. L.:  Central Dopamine Receptors and Their Role in Digoxin-Induced Cardiotoxicity in the Dog.  *J. Pharm. Pharmacol.*  39: 29-34, 1987.

Plunkett, L. M. and Tackett, R. L.:  Increases in CSF Norepinephrine Associated with the Onset of Cardiac Glycoside Toxicity. *Eur. J. Pharmacol.*  136: 119-122, 1987.

Obeng, E., Vallner, J. J., Cadwallader, D. E. and Tackett, R. L.:  Pharmacokinetics of Tiazofurin in Dogs. *Biopharm. Drug Disposition*  8: 125-132, 1987.

Radwan, M., Price, J. and Tackett, R.: Analysis of Disopyramide by HPLC with UV Detection. *Anal. Letters* 20: 1125-1131, 1987.

Baxter, G. M., Laskey, R. E., Tackett, R. L. and Moore, J. N.: Vascular Reactivity of Equine Digital Vessels. *Vet. Surg.* 16: 83A, 1987.

Tackett, R. L. and Laskey, R. E.: Naloxone Antagonizes the Central Hypotensive Action of BHT-933. *Life Sci.* 41: 2063-2067, 1988.

Jones, L. F. and Tackett, R. L.: Interaction of Propranolol with Central Serotonergic Neurons. *Life Sci.* 43: 2249-2255, 1988.

Arrendale, R. F., Stewart, J. T. and Tackett, R. L.: Determination of Clonidine in Human Plasma by Cold on Column Injection Capillary Gas Chromatography/Selected Ion Monitoring/Mass Spectrometry. *J. Chromatog.* 432: 165-175, 1988.

Sprockel, O. L., Price, J. C., Jennings, R., Tackett, R. L., Hemingway, S., Clark, B. and Laskey, R. E.: *In Vitro/in Vivo* Evaluation of a Liquid Sustained Release Dosage Form of Chlorpheniramine. *Drug Develop. Indust. Pharm.* 15: 1393-1404, 1989.

Hoffman, W. H., DiPiro, J. T., Tackett, R. L., Arrendale, R. F. and Han, D. A.: Relationship of Plasma Clonidine to Growth Hormone Concentrations in Children and Adolescents. *J. Clin. Pharmacol.* 29: 538-542, 1989.

Jones, L. F. and Tackett, R. L.: Catecholaminergic and Opioidergic Mechanisms Involved in the Hypotensive Response of Pindolol. *Eur. J. Pharmacol.* 165: 123-128, 1989.

Baxter, G. M., Tackett, R. L. and Moore, J.: Reactivity of Equine Palmar Arteries and Veins to Vasodilating Agents. *Vet. Surg.* 18: 221-226, 1989.

Rawlings, C. A., Tackett, R. L., Bjorling, D. E. and Arnold, Jr., T. H.: Cardiovascular Function and Serum Catecholamine Concentrations Following Anesthesia and Surgery in the Dog. *Vet. Res.* 18: 255-260, 1989.

Baxter, G. M., Laskey, R. E., Tackett, R. L. and Moore, J. N.: In Vitro Reactivity of Equine Digital Arteries and Veins to Vasoconstrictive Mediators in Healthy Horses and in Horses with Early Laminitis. *Amer. J. Vet. Res.* 50: 508-517, 1989.

Laskey, R. E., Jones, L. F. and Tackett, R. L.: Naloxone Pretreatment Blocks the Hypotensive Effects of Atenolol in SHR and WKY Rats. *Pharmacol.* 39: 109-114, 1989.

Jones, L. F. and Tackett, R. L.: Central Mechanisms of Action Involved in Cocaine-Induced Tachycardia. *Life Sci.* 46: 723-728, 1990.

Jones, L. F. and Tackett, R. L.: Enhanced Pressor Response to Cocaine in SHR Is Mediated Through Peripheral Alpha Receptors. *Res. Comm. Substance Abuse* 11: 1-9, 1990.

Rawlings, C. A. and Tackett, R. L.: Postadulticide Pulmonary Hypertension of Canine Heartworm Disease: Successful Treatment with Oxygen and Failure of Antihistamines. *Amer. J. Vet. Res.* 51: 1565-1569, 1990.

LaFlamme, D. P., Tackett, R. L., Davis, R. and Huber, T. L.:   A Simplified Technique for Chronic Cerebrospinal Fluid Collection in the Conscious Dog. *Brain Res*. *Bull*.  25: 783-85, 1990.

Jones, L. F. and Tackett, R. L.:  Chronic Cocaine Treatment Enhances the Responsiveness of the Left Descending Coronary Artery and the Femoral Artery to Vasoactive Substances.  *J. Pharmacol. Exp. Ther*. 255: 1366-1370, 1990.

Soliman, A. S. and Tackett, R. L.:  Altered Responsiveness of Saphenous Vein Grafts to Norepinephrine and Tyramine:  Relation to Tissue Catecholamine Stores.  *J. Cardiovas. Pharmacol*. 17: 154-57, 1991.

Baxter, G. M., Moore, J. N. and Tackett, R. L.:  In Vitro Responses of Equine Digital Vessels to Dopamine and Fenoldopam. *Equine Vet. J*. 23: 48-52, 1991.

Jones, L. F. and Tackett, R. L.:  Differential Routes of Cocaine Administration Indicate a Peripheral Cardiotoxic Action. *Pharmacol. Biochem. Behav*. 38: 601-603, 1991.

Fischer, J., Johnson, M. A. and Tackett, R. L.:  The Effect of Copper Deficiency on Adriamycin Toxicity. *Toxicol. Lett*.  57: 147-158, 1991.

Gallo, J. M., Sanzgiri, Y., Finco, T. S., Howerth, E. W., Wilson, J., Johnston, J., Tackett, R. L. and Budsberg, S. C.:  Zidovudine Serum, Cerebrospinal Fluid and Brain Concentrations Following Chronic Administration of a New Zidovudine Formulation Via an Implantable Pump in Dogs. *J. Pharm. Sci*.  81: 11-15, 1992.

Soliman, A. S. and Tackett, R. L.:  Early Alterations in Vascular Reactivity of Autogenous Saphenous Vein Grafts. *Coronary Art. Dis*.  3: 523-527, 1992.

Barber, D.A. and Tackett, R. L.:  Hemodynamic Effects of Centrally Administered Norcocaine in the Rat. *Life Sci*.  51: 1269-76, 1992.

Fischer, J., Tackett, R. L., Howerth, E. and Johnson, M.A.:  Copper and Selenium Deficiencies do not Enhance the Cardiotoxicity in Rats Due to Chronic Doxorubicin Treatment. *J. Nutrition*  122: 2128-2137, 1992.

Fischer, J. G., Tackett, R. L., Howerth, E. W. and Johnson, M. A.:  Copper Deficient Rat Heart Can Compensate for Doxorubicin-Induced Oxidant Stress. *Biol. Trace Element Res*. 37: 233-251, 1993.

Barber, D. A. and Tackett, R. L.:  Opioidergic Receptors in the Arcuate Nucleus are not Involved in the Cardiovascular Effects of Clonidine. *Pharmacol. Biochem. Behavior*  49: 579-582, 1994.

Dallas, C. E., Chen, X. M., Muralidhara, S., Varkonyi, P., Tackett, R. L., and Bruckner, J.V.:  Use of Tissue Disposition Data from Rats and Dogs to Determine Species Differences in Input Parametersfor a Physiological Model for Perchloroethylene.  *Environ. Res*. 67: 54-67, 1994.

Barber, D. A., Holmes, C. R., Lee, C., and Tackett, R. L., Angiotensin II Antagonists and Potassium Channel Openers: Cardiovascular Therapy of the Future. *Pharmacy Times* 60: 48-59, 1994.

Barber, D. A., Zumbro, G. L., Rubin, J. W., and Tackett, R. L.:  The Use of Methylene Blue as an Extravascular Surgical Marker Impairs Vascular Responses of Human Saphenous Veins. *J. Thor. Cardiovasc. Surg.* 109: 21-29, 1995.

Barber, D.A., Do, N.H., Tackett, R.L. and Capomacchia, A.C.:  Non-superoxide Lucigenin-Enhanced Chemiluminescence From Phospholipids and Human Saphenous Veins.  *Free Rad. Biol. Med.* 18: 565-69, 1995.

Dallas, C. E., Chen, X. M., Muralidhra, S., Varkonyi, P., Tackett, R. L., and Bruckner, J. V.:  A Physiologically-Based Pharmacokinetic Model Useful in the Prediction of the Influence of Species, Dose and Exposure Route on Perchloroethylene Pharmacokinetics. *J. Toxicol. Environ. Health* 44: 301-17, 1995.

Winecoff, A.P., Tackett, R.L., and Jones, L.F.:  Insulin Attenuates Aortic Contractions in Normotensive but not Borderline Hypertensive Rats.  *Clin. Exp. Hyperten. - Part A.*  17: 787-801, 1995.

Barber, D.A., Holmes, C.R., Bivin, C., and Tackett, R.L., Angiotensin II Receptors and Potassium Channels: Targets for New  Cardiovascular Drugs.  *J. Pract. Nursing.* 45: 32-42, 1995.

Tackett, R.L.:  Update on Hypertension. *Clin. Trends Pharm. Pract.*  10:  67-73, 1995.

Ergul, A., Tackett, R.L., and Puett, D.:   Identification of Receptor Binding and Activation Sites in Endothelin-1 Using Site Directed Mutagenesis. *Circ. Res.* 77:  1087-94, 1995.

Radwan, M., Price, J.C., and Tackett, R.L.  In Vitro Release of Disopyramide From Cellulose Acetate Butyrate Microspheres.  *Drug Dev. Ind. Pharm.* 21:  1453-1462, 1995.

Shoemaker, K., Rubin, J.W., Zumbro, G.L. and Tackett, R.L.: Evans Blue and Gentian Violet:  Alternatives to Methylene Blue as a Surgical Marker Dye. *J. Thor. Cardiovasc. Surg.* 112:  542-544, 1996.

Smith, J.D., Allen, S.W., Quandt, J.E. and Tackett, R.L.:  Indicators of Postoperative Pain in Cats and Correlation With Clinical Criteria.  *Amer. J. Vet. Res.*  57:  1674-78, 1996.

Zhao, L and Tackett, R.L.: Oxidized Low Density Lipoprotein Inhibits Acetylcholine-Induced Vasorelaxation and Increases 5-HT-Induced Vasoconstriction in Isolated Human Saphenous Vein.  *J. Pharmacol. Exp. Ther.* 284: 637-43, 1998.

Ergul, A., Shoemaker, K., Puett, D., and Tackett, R.L.:  Gender Differences in the Expression of Endothelin Receptors in Human Saphenous Veins.  *J Pharmacol. Exp. Ther.* 285: 511-17, 1998.

Severson, K. R. and Tackett, R. L.: Enhanced Hemodynamic Response to [D-ala[2], D-met[5]]-Methionine Enkephalin (DAME) in Streptozotocin-Induced Diabetic Rats Is Reversed By Insulin Replacement. *Life Sci.* 62: 2219-30, 1998.

Josey, E. and Tackett, R.L.  St. John=s Wort: A New Alternative For Depression. *Int J Clin. Pharmacol. Ther.* 37: 111-19, 1999.

Ergul, A., Tackett, R.L., and Puett, D.  Distribution of Endothelin Receptors in Saphenous Veins of African Americans: Implications of Racial Differences.  *J Cardiovasc Pharmacol.* 34: 327-32, 1999.

Schneider, D.A., Parks, A.H., Eades, S.C. and Tackett, R.L.: Palmar Digital Vessel Relaxation in Normal Horses and in Horses Given Carbohydrate.  *Am. J. Vet. Res*. 60: 233-39, 1999.

Holloman, K.A., Dallas, C.E., Jagoe, C.H., Tackett, R.L., Kind, J.A. and Rollor, E.A.  Interspecies Differences in Oxidative Stress Response and Radiocesium Levels in Rodents Inhabiting Areas Highly Contaminated by the Chernobyl Nuclear Disaster.  *Environm. Toxicol. Chem*.  19: 2830-34, 2000.

Vishwanathan, K., Tackett, R., Stewart, J.T. and Bartlett, M.G.  Determination of Arginine and Methylated Arginines in Human Plasma by LC/MS/MS.  *J Chromatograph B*. 748: 157-166, 2000.

Yoo, H.S., Tackett, R.L., Bunnell, B.N., Crabbe, J.B. and Dishman, R.K: Antidepressant-like Effects of Physical Activity vs. Imipramine: Neonatal Clomipramine Model.  *Psychobiol*. 28: 540-549, 2000.

Hunt, E.J., Lester, C.E., Lester, E.A. and Tackett, R.L.  Effect of St. John's Wort on Free Radical Production.  *Life Sci*. 69: 181-90, 2001.

Walthour, A, Seymour, L, Tackett, R, and Perri, M. Assessment of Changes in Utilization of Health Care Services After Implementation of a Prior Authorization Policy for Atypical Antipsychotic Agents *Annals Pharmacother*. 44:  809-18, 2010.

Walthour, A, Seymour, L, Tackett, R, and Perri, M.  Letter. Annals Pharmacother. 45: 2011

Ford, H, and Tackett, R.L.  Civil War Pharmacy:  Historical Parallels and Implications for Disaster Preparedness.  *Pharmaceut Historian* (In press – scheduled March 2013)

Cha, H. and Tackett, R. L.:  Effects of Losartan (DUP 753) on Regional Hemodynamics in Spontaneously Hypertensive Rats. *Clin. Exp. Hyperten. - Part A* (Accepted w/revisions).

Shen, L, White, CA, Kiel, JS, Thomas, HG and Tackett, RL.  Pharmacokinetics of S-Carboxymethylcysteine:  Comparison of Buccal vs Oral Formulation (Submitted to J Pharm Pharmacol)

Shen, L, White, CA, Kiel, JS, Thomas, HG and Tackett, RL.  Pharmacokinetics of N-Acetylcysteine:  Comparison of Wafer vs Merchandized Capsule (Submitted to Biopharm Drug Disposition)

Sharavanan, R, Rollins, B, Tackett, R, Huston, S, and Perri, M.  Consumer Response to Direct-to-Consumer Advertising of Predictive Genetic Tests.  (J Advertising, In prep)

## Book Chapters

RL Tackett,"Pharmacology," Handbook of Clinical Psychopharmacology for Psychologists, M. Muse and B. Moore, eds.  2012

B Rollins, RL Tackett, M Perri, "Products in the Pharmaceutical Industry:  Trends, Identification, Approval, and Monitoring,"  Pharmaceutical Marketing, B. Rollins and M. Perri, eds, Jones & Bartlett Learning, 2013

## Professional Publications

Tackett, R.L.  Hypertension and the Treatment of the Hypertensive Patient.  Part I: The Disease Pathophysiology, Consequences and Assessment.  University Learning Systems, Inc., Boca Raton, FL 18p., 1988.

Tackett, R.L.  Hypertension and the Treatment of the Hypertensive Patient.  Part II: Current Drug and Nondrug Strategies.  University Learning Systems, Inc., Boca Raton, FL 19p., 1988.

Tackett, R.L.  Antihypertensive Drugs and Sexual Dysfunction.  *Georgia Pharmacist Quarterly*, 65: 2-4, 1988.

Tackett, R.L. and Hunt, E.J.  Treatment of Depression: Is St. John=s Wort the Answer? *Georgia Pharmacist Quarterly*  76: 2-14, 1999.

Tackett, R.L. and Hunt, E.J.  Using St. John=s Wort as an Alternative Treatment for Depression. *Understanding Stress Anxiety & Depression  (*www.depression.org.uk.)

Tackett, R.L. and Warren, F.  Prescription Scams: Recognizing the Artful Dodger.  Silverman Productions, Richmond, VA 2000.

Tackett, R.L.  Monitoring the Future: Adolescent Drug Abuse.  *Georgia Pharmacist Quarterly* 77: 2-8, 2000.

Tackett, R.L.  Training Toolkit for Overview of Mental Health Medications for Children and Adolescents. Georgia Department of Behavioral Health & Developmental Disabilities, DBHDD University, 2011

**Citizen's Petition**

Citizen's Petition to Request the Addition of Critical Safety Information relating to Serious Skin Reactions Associated with the Use of Ibuprofen to All Prescription and OTC Labeling. 2/2005

**Abstracts**

Tackett, R. L. and Holl, J. E.:  Enhanced Ouabain Toxicity in Hypomagnesemia. *Fed. Proc.* 37: 863A, 1978.

Tackett, R. L. and Holl, J. E.:  Possible Sympathetic Involvement in Enhanced Glycoside Toxicity During Hypomagnesemia.  *The Pharmacologist*  20: 235A, 1978.

Tackett, R. L., Carlan, E. C. and Holl, J. E.:  Canine Vascular Responses in Acute and Chronic Hypomagnesemia.  *Fed. Proc.* 38: 439A, 1979.

Fleming, J. T., Tackett, R. L. and Holl, J. E.:  Rabbit Growth Patterns and Myocardial Performance Characteristics as a Function of Age.  *Fed. Proc.* 38:602A, 1979.

Tackett, R. L. and Holl, J. E.:  Histaminergic Mechanisms Involved in the Centrally Mediated Effects of Ouabain.  *Fed. Proc.* 39: 1000A, 1980.

Tackett, R. L., Webb, J. G. and Privitera, P. J.:  Effects of Centrally Administered Propranolol on Cerebrospinal Fluid Levels of Norepinephrine and Blood Pressure.  *Fed. Proc.* 40: 725, 1981.

Tackett, R. L., Webb, J. G., Walle, T. and Privitera, P. J.:  Tyramine-Induced Release of Propranolol from Central Noradrenergic Neurons.  *Fed. Proc*.  41: 1665A, 1982.

Plunkett, L. M. and Tackett, R. L.:  Central Alpha Receptors and Their Role in Digitalis Cardiotoxicity.  *The Pharmacologist*  24: 589A, 1982.

Plunkett, L. M. and Tackett, R. L.:  Central Alpha Antagonism Decreases Blood Pressure in the Dog.  *Proc. Soc. Exp. Biol. Med*.  *S.E. Sec*. 7: 12A, 1982.

Tackett, R. L.:  Seasonal Variation of Renal Blood Flow to Adrenergic Stimulation.  *Ga. J. Sci*.  41: 53A, 1983.

Johnston, E. D., Holl, J. E. and Tackett, R. L.:  Alteration of the Vascular Responsiveness to Catecholamines in Hyperthyroid Dogs.  *Ga. J. Sci*.  41:53A, 1983.

Plunkett, L. M. and Tackett, R. L.:  CSF Catecholamine Activity Increases During Cardiac Glycoside-Induced Arrhythmogenesis.  *The Pharmacologist* 25: 245A, 1983.

Tackett, R. L. and Plunkett, L. M.:  Naloxone Inhibits the Central Hypotensive Actions of Propranolol.  *The Pharmacologist* 25: 101A, 1983.

Arnold, T. H. and Tackett, R. L.:  Effects of Magnesium on the Vasodilatory Action of $Ca^{2+}$ Antagonists.  *The Pharmacologist* 25: 138A, 1983.

Heric, E. and Tackett, R. L.:  Altered Vascular Reactivity in the Rabbit During Progressive Hypercholesterolemia.  *The Pharmacologist* 25: 137A, 1983.

Obeng, E., Gokhale, R., Tackett, R. L. and Vallner, J. J.:  Determination of Tiazofurin in Plasma by HPLC. *Am. Pharm. Assoc. Acad. Sci*. ` 13: 190A, 1983.

Tackett, R. L.:  Increased Release of Dopamine and Its Relationship to the Central Hypotensive Action of Propranolol.  *Fed. Proc*. 43: 553A, 1984.

Rydzik, R., Terragno, A. and Tackett, R. L.:  Picogram Detection of Eicosanoids by UV Absorbance After Narrow Bore HPLC:  Analysis in Kidney Medulla.  *Fed. Proc*. 43: 759A, 1984.

Plunkett, L. M. and Tackett, R. L.:  The Effects of Specific Beta Adrenergic Antagonists on Digoxin Cardiotoxicity.  *Fed. Proc*. 43: 1010A, 1984.

Arnold, T. H., Gerlach, L., Vallner, J. J. and Tackett, R. L.:  Age Related Changes in the Pharmacodynamics of Verapamil.  *Fed. Proc*. 43: 961A, 1984.

Arnold, T. H., Tackett, R. L. and Vallner, J. J.:  Comparison of the Pharmacokinetics of IV, Oral and Intranasal Administration of Verapamil.  *The Pharmacologist* 26: 242A, 1984.

Tackett, R. and Bjorling, D.:  Enhanced Reactivity of Vascular Grafts in Dogs. *Fed. Proc*. 44: 1480A, 1985.

Rydzik, R., Terragno, A. and Tackett, R.: Age Related Changes of PGI$_2$ and Previously Unidentified Arachidonic Acid Metabolites in Wistar Kyoto and Spontaneously Hypertensive Rats. *Fed. Proc.* 44: 630A, 1985.

Obeng, E. K., Vallner, J. J., Tackett, R. L. and Cadwallader, D. E.: Free Tiazofurin Plasma Levels: Analysis and Pharmacokinetics in Dogs. *GRASP*, 1985.

Privitera, P. J., Granata, A. R., Reis, D. J., Tackett, R. L. and Gaffney, T.E.: Rostral Ventrolateral Medulla Mediates the Central Hypotensive Action of Propranolol. *Soc. Neuroscience Abstracts* 11: 192A, 1985.

Laskey, R. and Tackett, R. L.: Naloxone Inhibits the Central Hypotensive Actions of BHT 933 (Azepexole). *Proc. Soc. Exp. Biol. Med.* 6A, 1985.

Laskey, R., Fuchs, L. and Tackett, R. L.: Beta Adrenoceptor Antagonists Lower Blood Pressure in SHR and WKY Rats Through an Opioidergic Mechanism. *Fed. Proc.* 45: 1071A, 1986.

Rawlings, C. A., Kalis, M., and Tackett, R. L.: Vascular Reactivity of Mildly Traumatized Pulmonary Arteries in the Dog. *Fed. Proc.* 45: 472A, 1986.

Rydzik, R., Terragno, A., and Tackett, R. L.: Characterization of Two New Eicosanoids Produced by Rabbit Aorta. *Fed. Proc.* 45: 806A, 1986.

Arrendale, R. F., Stewart, J. T. and Tackett, R. L.: Determination of the Antihypertensive Drug Clonidine in Human Plasma Using Cold On-Column Injection Capillary GC/Selective Ion-Monitoring Mass Spectrometry. *Proc. 38th S.E. Regional Meeting of Amer. Chem. Soc.*, November, 1986.

Rawlings, C. A., Kalis, M., Poser, R. and Tackett, R. L.: Vascular Reactivity of Arteriosclerotic Pulmonary Arteries in Dogs. *J. Med. Assoc. Ga.* August, p. 582, 1987.

Tackett, R. L., Laskey, R. and Rawlings, C. A.: Adrenergic Mechanisms in Enhanced Venous Graft Reactivity. J. Med. Assoc. Ga. August, p. 584, 1987.

Laskey, R. E. and Tackett, R. L.: Accumulation and Release of Propranolol in Cortical and Medullary Synaptosomes: Differences Between SHR and WKY Rats. *Fed. Proc.* 46: 1456A, 1987.

Claxton, R. F. and Tackett, R. L.: Central Alpha Adrenergic Mechanisms Involved in Occlusion-Induced Cardiac Arrhythmias in the Dog. *Fed. Proc.* 46: 1438A, 1987.

Tackett, R. L., McClure, M., Jones, T. and Rawlings, C. A.: Vascular Changes in Pulmonary Artery Following Low Grade Injury. *Fed. Proc.* 46: 830A, 1987.

Jones, L. F. and Tackett, R. L.: The Hypotensive Response to Pindolol is Regulated Through Catecholaminergic and Opioidergic Mechanisms. *Fed. Proc.* 46: 1460A, 1987.

Tackett, R. L. and Jones, L. F.: Central Catecholaminergic Changes and Cardiovascular Responses Following Acute Administration of Cocaine. *The Pharmacologist* 29: 159A, 1987.

Laskey, R. E. and Tackett, R. L.: The Effects of Enkephalins on Renal Blood Flow and Plasma Renin Activity. *The Pharmacologist* 29: 113A, 1987.

11

Tackett, R. L., Laskey, R., Liu, C.:  Uptake and Release of Propranol in 2 Models of Hypertension. *FASEB J.*  2: A 604, 1988.

Terrell, D. F., Tackett, R. L. and Thomas, R.K.:  Stress-Induced Cardiovascular and Neuroendocrine Reactivity in Type A and B Individuals. *FASEB J* . 2: A 829, 1988.

Laskey, R. and Tackett, R. L.:  Renin Release Due to Local Administration of Enkephalin Is Not a Response to Changes in Kidney Perfusion Pressure.  *FASEB J.* 2: A 961, 1988.

Soliman, A. S., Tackett, R. L. and Mokler C.:  A Possible Site for the Antiarrhythmic Activity of $Mg^{2+}$.  *FASEB J.*  2: A 1556, 1988.

Jones, L. F. and Tackett, R. L.:  Comparison of IV and IA Administration of Cocaine in Unanesthetized WKY, SHR and DOCA-Salt Rats. *FASEB J.*  2: A 1803, 1988.

Liu, C. and Tackett, R. L.:  Accumulation of Propranolol in DOCA-Salt Hypertensive Rats. *Proc. Soc. Exp. Biol. Med.*  187: 383, 1988.

Laskey, R. E. and Tackett, R. L.:  Local Administration of D-ALA[2], d-Leu[5] Enkephalin Increases Plasma Renin Activity in Anesthetized Dogs.  *The Pharmacologist*  30: A 110, 1988.

Soliman, A. S. and Tackett, R. L.:  Short Term Vascular Reactivity and Histological Changes of Autogenous Vein Grafts.  *The Pharmacologist*  30: A 33,1988.

Jones, L. F. and Tackett, R. L.:  Direct Actions and Catecholamine Release Induced by Cocaine and Norcocaine in the Isolated Rat Heart.  *FASEB J.*  3: A419, 1989.

Liu, C. and Tackett, R. L.:  Interaction Between Adrenergic and Opioidergic Systems in Aorta from Streptozocin-Induced Diabetic Rats.  *FASEB J.*  3: A1197, 1989.

Severson, K., Jones, L. and Tackett, R. L.:  Enhanced Cardiovascular Responses to D-ALA[2], D-MET[5]-Methionine Enkephalin (DAME) in Streptozocin-Induced Diabetic Rats.  *FASEB J.*  3: A710, 1989.

Soliman, A. S. and Tackett, R. L.:  Saphenous Vein Grafts Exhibit Increased Calcium Uptake.  *FASEB J.* 3: A881, 1989.

Andrews, C., Hartle, D., Tackett, R., Herman, H. and May, S.: Effects of Phenyl-2-Aminoethyl Selenide (PAESe) on in Vitro Reactivity to Phenylephrine and Barium Chloride in Rat Aorta. *FASEB J.*  3: A1029, 1989.

Tackett, R. L. and Laskey, R. E.:  Opioid Agonists do not Affect Norepinephrine Reactivity in Isolated Renal Arteries.  *The Pharmacologist*  31: 122A, 1989.

Soliman, A. S. and Tackett, R. L.:  Calcium Uptake by Venous Grafts in Response to Different Adrenergic Agonists. *The Pharmacologist*  31: 143a, 1989.

Jones, L. F. and Tackett, R. L.:  Central Administration of Cocaine Produces Tachycardia in Wistar Kyoto Rats.  *The Pharmacologist*  31: 158A, 1989.

Jones, L. F. and Tackett, R. L.:  Subchronic Cocaine Treatment Enhances Vascular Reactivity.  *FASEB J*  4: A593, 1990.

Soliman, A. S. and Tackett, R. L.:  Depletion of Norepinephrine Contents in Venous Grafts.  *FASEB J*.  4: A685, 1990.

Severson, K. R. and Tackett, R. L.:  Role of Opioidergic Systems in Diabetes and Hypertension:  Comparison of Sprague Dawley and Spontaneously Hypertensive Rats.  *FASEB J*.  4: A880, 1990.

Cha, H., Desai, H. K. and Tackett, R. L.:  Potential Antihypertensive Compounds Isolated From a Plant of the Annonaceae Family.  *Proc. Fifth Annual Symposium on Cardiovascular Research*  p. 14, 1990.

Andrews, C. O., Phelix, C. F., Tackett, R. L. and Hartle, D. K.:  Differential Localization of Angiotensin II and Mu Opioid Binding Sites in the Area Postrema of Spontaneously Hypertensive Rats.  *Soc. Neurosci*. *Abstracts*  16: 553A, 1990.

Gallo, J. M., Sanzgiri, Y. D., Finco, T., Tackett, R. and Budsberg, S.:  Administration of Azidothymidine (AZT) Via an Implantable Pump.  *Pharmaceut. Res*.  7: S200, 1990.

Fisher-Shore, S. L., Tackett, R. L., Dallas, C. E., Muralidhara, S. and Blanton, C. D., Jr.:  Furan O-Aminonitriles as Precursors to Substituted Acridone and Fluorenone Analogues:  Potential Antitumor and Antiviral Agents. *Amer. Chem. Abstracts* , p. MEDI-39, 1990.

Dallas, C. E., Chen, X. M., Muralidhara, S. M., Tackett, R. L., Bruckner, J. V. and Gallo, J. M.:  Interspecies Comparisons of the Toxicokinetics and Bioavailability of Ingested Tetrachloroethane.  *Global Environ. Issues: Challenge for the 90's*,  176, 1990.

Chen, X. M., Dallas, C. E., Muralidhara, S. M., Tackett, R. L., Bruckner, J. V. and Gallo, J. M.:  Interspecies Comparisons of Perchloroethylene Pharmacokinetics Following Oral and Intraarterial Administration. *Toxicologist*  11: 351, 1991.

Portis, L. R. and Tackett, R. L.:  Hypotensive Action of BHT 933 in Rostral Ventrolateral Medulla (RVLM) of Spontaneously Hypertensive Rats.  *FASEB J*.  5: A742, 1991.

Fischer, J., Tackett, R. L. and Johnson, M. A.:  Interactions Between Copper Deficiency, Selenium Deficiency and Adriamycin Toxicity.  *FASEB J*.  5: A1453, 1991.

Barber, D. A., Jones, L. F. and Tackett, R. L.:  Hemodynamic Effects of Centrally Administered Norcocaine in Wistar Kyoto Rats.  *FASEB J*.  5: A495, 1991..

Severson, K. R. and Tackett, R. L.:  Vascular Responses to Cocaine in the Isolated Rabbit Aorta In Vitro. *FASEB J*.  5: A494, 1991.

Tackett, R. L. and Soliman, A. S.:  Effect of Aspirin on Vascular Reactivity of Grafted and Nongrafted Canine Saphenous Veins.  *FASEB J*.  5: A 385, 1991.

Tackett, R. L. and Portis, L. R.:  Central Opioidergic Mechanisms in the Rostral Ventrolateral Medulla Contribute to the Hypotensive Response of Propranolol in the Spontaneously Hypertensive  Rat.  *Soc. Neurosci. Abst*.  17: 202A, 1991.

Portis, L. R. and Tackett, R. L.:  Hemodynamic Responses Produced by Microinjection of [D-ala$^2$-met$^5$] Enkephalinamide (DAME) in Rostral Medulla of Spontaneously Hypertensive Rats.  *Soc. Neurosci. Abst.*  17: 611A, 1991.

Parks, A. H. and Tackett, R. L.:  Effects of Dopamine on Equine Colonic Smooth Muscle In Vitro.  *Fourth Equine Colic Research Symposium* ,1991.

Tackett, R. L. and Barber, D. A.:  Opioidergic Neuronal Systems in the Arcuate Nucleus are not Involved in the Hypotensive Actions of Clonidine.  *FASEB J.*  6: A1873, 1992.

Severson, K. R. and Tackett, R. L.:  Hemodynamic Response of Diabetics to Opioids May be Mediated Centrally by Mu Opioid Receptors.  *FASEB J.*  6: A1629, 1992.

Barber, D. A. and Tackett, R. L.:  Insulin Enhances Vasoreactivity by a Mechanism Dependent on Protein Synthesis in Vasoconstrictor, but not Vasorelaxant Responses.  *FASEB J.*  6: A970, 1992.

Fisher, J., Tackett, R. L., and Johnson, M. A.:  Copper Deficiency and Doxorubicin Cardiotoxicity.  *FASEB J.* 6: A1094, 1992.

Dallas, C. E., Chen, X. M., Muralidhara, S., Varkonyi, P., Tackett, R. L., Gallo, J. M., and Bruckner, J. V.: Determination of Physiologically-Based Model Partition Coefficients from 1,1,2,2-Tetrachloroethane(TET) Tissue Pharmacokinetics.  *Toxicologist* 13: A173, 1993.

Cha, H., Barber, D. A., and Tackett, R. L.:  Angiotensin II-Mediated Facilitation of Noradrenergic Vasoconstrictive Responses in the Rat Mesenteric Bed are Blocked by Losartan (DUP 753).  *FASEB J.* 7: A48, 1993.

Barber, D. A. and Tackett, R. L.:  Insulin Enhances $\alpha_1$-Mediated Vasoconstriction in Canine Saphenous Veins. *FASEB J.* 7: A49, 1993.

Tackett, R. L. and Cha, H.:  Regional Hemodynamic Effects of Losartan (DUP 753) in Spontaneously Hypertensive Rats.  *The Pharmacologist* 35: 159A, 1993.

Do, N. H., Barber, D. A., Tackett, R. L., and Capomacchia, A. C.:  Specificity of Lucigenin-Enhanced Chemiluminescence to Detect Superoxide Anion Generated from Xanthine Oxidase/Hypoxanthine, Rabbit Blood Vessels, and Lipids. *Free Rad. Biol. Med.* 15: I-27, 1993.

Tackett, R. L. and Cha, H.:  Angiotension II (AII) Effects on Alpha Adrenergic and Purinergic Vasoconstriction in Isolated Rabbit Mesenteric Artery. *FASEB J.* 8: A879, 1994.

Winecoff, A. P., Tackett, R. L., and Jones, L. F.:  Insulin Attenuates Contraction of Aorta from WKY but not BHR Rats. *FASEB J.* 8: A52, 1994.

Barber, D.A., Rubin, J.W., Zumbro, G.L., and Tackett, R.L.:  Racial Differences in the In Vitro Vasodilatory but not Vasoconstrictive Responses of Saphenous Veins.  *Proc. of the Int. Soc. Hypertension in Blacks 9: 21A, 1994.*

Ergul, A., Shoemaker, K., Ricci, S., Tackett, R.L., and Puett, D:  Receptor Binding and Contractile Properties at Two Endothelin-1 Point Mutants.  *FASEB J*. 9: A936, 1995.

Tackett, R.L., Rubin, J.W., Zumbro, G.L., Shoemaker, K., Perri, M., and Barber, D.A.:  Impaired Vasodilation in Saphenous Veins From Females Undergoing Coronary Artery Bypass.  *FASEB J*.  9: A876, 1995.

Shoemaker, K., Alabi, K., Barber, D.A., Rubin, J.W., Zumbro, G.L. and Tackett, R.L.:  Superoxide Dismutase and Catalase Activity in Saphenous Veins from Black and White Coronary Artery Bypass Patients.  *FASEB J*. 9: A345, 1995.

Alabi, K., Shoemaker, K., Swift, J., Livsey, C., Rubin, J.W., Zumbro, G.L., Barber, D.A. and Tackett, R.L.:  Gentian Violet and Evans Blue As Alternatives to the Surgical Dye Methylene Blue.  *FASEB J*.  9: A908, 1995.

Zhao, L., Ricci, A.M., Rubin, J.W., Zumbro, G.L., Perri, M., Barber, D.A. and Tackett, R.L.:  Racial Differences in the Response to Calcium Channel Antagonists in Human Saphenous Vein.  *Proc. Soc. Exp. Biol*. 1995.

Tackett, R.L., Rubin, J.W., Zumbro, G.L., Perri, M. and Barber, D.A.  Reduced Endothelium-Dependent Vasodilation in Postmenopausal Black Females. *Circ*. 92 (Suppl):  I-430A, 1995.

Ergul, A., Shoemaker, K., Ricci, S., Tackett, R.L. and Puett, D.  A Recombinant Endothelin-1 Analog Attenuates Endothelin-1 Mediated Vasoconstriction. *Circ*. 92 (Suppl):  I-709A, 1995.

Shoemaker, K., Rubin, J., Zumbro, G.L., and Tackett, R.L.:  Potential Role of EDHF in Modulating Vascular Tone in Human Saphenous Veins.  *FASEB J*.  10:  A317, 1996.

Zhao, L., Ricci, A., Rubin, J.W., Zumbro, G.L., Perri, M., Barber, D.A., and Tackett, R.L.:  Saphenous Veins From African Americans Exhibit a Reduced Response to Verapamil But Not to Nifedipine or Diltiazem. *FASEB J*. 10:  A700, 1996.

Yates, T., Ricci, A., Shoemaker, K., Rubin, J.W., Zumbro, G.L., Perri, M., Barber, D.A., and Tackett, R.L.:  Effects of Losartan On the Vascular Responses To Angiotensin II In Saphenous Veins From African Americans. *FASEB J*. 10: A699,  1996.

Ergul, A., Shoemaker, K., Ricci, S., Tackett, R.L., and Puett, D.:  Distribution of Endothelin Receptor Subtypes in Females and Males. *Tenth Int. Congress Endocrinol*.  P2-176, 1996.

Tackett, R., Rubin, J.W., Zumbro, G.L., Shoemaker, K., Perri, M. and Barber, D.A.  Reduced Endothelium-Dependent Arterial Vasodilation in African Americans.  *Circ*. 94 (Suppl.):  I-122, 1996.

Tackett, R., Ergul, A., Shoemaker, K., and Puett, D.  Gender Differences in the Vascular Response to Endothelin in Human Saphenous Vein:  Relationship to Endothelin Receptor Subtype Distribution.  *Circ*. 94 (Suppl.):  I-2, 1996.

Ergul, A., Tackett, R.L., and Puett, D.  Racial Differences in the Distribution of Endothelin Receptor Subtypes.  Proc. Endocrine Soc., 1997.

Zhao, L., Rubin, J.W., Zumbro, G.L., Perri, M., and Tackett, R.L.  Oxidized Low Density Lipoprotein Increases 5-HT-Induced Contraction in Human Saphenous Vein. *Microcirc*.  4:  172, 1997.

Tackett, R.L., Shoemaker, K., Zhao, L.,  and Fleming, V.   Racial Differences in Production and Sequestration of Superoxide Anion By Vitamin E. *Microcirc*. 4: 176, 1997.

Shoemaker, K., Fleming, V., Perry, A.,  Tackett, R.L., Rubin, J.W. and Zumbro, G.L. Ethnic Differences in Endogenous Stores of Norepinephrine of Human Saphenous Vein. *Microcirc*. 4: 176, 1997.

Tackett, R.L.  Vascular Reactivity of Umbilical Blood Vessels in African American Women. *Ethnicity & Dis*. 7 (Suppl): S62, 1997.

Tackett, R.L., Mensah, G., Keating, J., Shannon, J., McBride, W.C., Prisant, L.M., Reed, J.W., Hall, D. and Carr, A.   Hypertension Specialty Councils and Ethnic Minority Initiatives: A Conceptual Framework. *Ethnicity & Dis*.  7 (Suppl): S63, 1997.

Zhao, L., Rubin, J.W., Zumbro, G.L., and Tackett, R.L.  Lysophosphatidylcholine Impairs Endothelium-Dependent Vasorelaxation by Increasing Superoxide Production. *Circ*.  96 (Suppl): I-288, 1997.

Tackett, R.L., Zumbro, G.L., Rubin, J.W., Zhao, L.F., Lane, C. and Fleming, V.J.  Increased Superoxide Production in Vasculature of African Americans Impairs Endothelial Mediated Relaxation. *Circ*. 96 (Suppl): I-375, 1997.

Josey, E., Bruce, B. and Tackett, R.L.   Effect of amphetamine on human placental veins. *FASEB J* 12: A160, 1998.

Tackett, R.L. and Katakam, P.V.G.  Formation of angiotensin II in human saphenous vein involves both angiotensin converting enzyme independent and independent pathways. *FASEB J* 12: A384, 1998.

Ergul, A., Tackett, R.L. and Puett, D.   Characterization of endothelin receptor subtypes in African Americans. *Ethnicity Dis*.  (In press).

Tackett, RL., Lane, C and Cushing D.  Alpha receptor antagonism of bucindolol and two of its metabolites in human saphenous veins.  *FASEB J* 13: A95, 1999.

Josey, ES, Lester C, Lester E, Lane C and Tackett, RL.  Antioxidant properties of St. John=s wort. *FASEB J* 13: A906, 1999.

Yoo, H, O=Neal HA, Hong, S, Tackett, RL, and Dishman, RK.  Brain b Adrenergic Responses to Footshock After Wheel Running. *Med Sci Sports & Exerc* 31(Suppl 109): 647, 1999.

Hunt EJ, Lester C, Lester E, Tackett RL.   Comparison of Free Radical-Scavenging Properties of Two Preparations of St. John's Wort, *FASEB J* 14:  A215, 2000.

Huang, WT, Coates, N and Tackett, RL.  Antioxidant Properties of Reservatrol. *FASEB J*.  15: A922, 2001.

Hunt ES, David AB, Early, A and Tackett, RL.   Antioxidant Properties of Hydralazine.  *FASEB J*. 15: A922, 2001.

Browning, A, Huang, W and Tackett, RL.  Antioxidant Actions of Estrone.  *FASEB J*.  16: A568, 2002.

White, CA, Shen, L, Tackett, R., Kiel, JS and Thomas, HG.   Pharmacokinetics of N-acetyl-cysteine: Comparison of Wafer vs Merchandized Capsule. AAPE

Walthour, A, Perri, M, Tackett, R, Seymour, L.  Assessment of Changes in Utilization of Health-Care Services After Implementation of a Prior Authorization Policy for Atypical Antipsychotic Agents Am Public Health Assoc 2010

<u>Grants and Contracts</u>

1.      **Grants Received**

Central Catecholaminergic Mechanisms Involved in the Antihypertensive Actions of Propranolol, (Co-PI), South Carolina Heart Association, 1981-1982, $10,000.

Opioidergic Systems as a Site of Antihypertensive Drug Action (PI), Georgia Heart Association, 1983-1985, $45,965.

Identification and Characterization of an Unknown Arachidonic Acid Metabolite (PI), Biomedical Research Support Grant, 1983-1984, $10,000.

Altered Vascular Reactivity of Arterial and Venous By-Pass Grafts (PI), Biomedical Research Support Grant, 1984-1985, $3,700.

Prostaglandin Research, Norwich Eaton Pharmaceuticals, 1984-1985, $2,100.

Pharmacokinetic and Efficacy of SC 39584, G. D. Searle Company, 1984-1985, $15,538.

Ocular Bioavailability of Cyclosporin in Rabbits.  R. L. Kaswan (PI); R. L. Tackett (Co-I), Veterinary Medical Experiment Station, 1984-1985, $13,947.

Opiate Bioregulation of Luteinizing Hormone in the Postpartum Anestrous Beef Cow.  T. E. Kiser (PI); R. L. Tackett (Co-I), U.S. Department of Agriculture, 1987-1989, $130,000.

Vascular Reactivity of Arteries with Low Grade, Chronic Injury, C. A. Rawlings (PI); R. L. Tackett (Co-I), Georgia Heart Association, 1985-1986, $21,625.

Catecholamines and Hypertension, R. L. Tackett (PI), Biomedical Research Support Grant, 1986-1987, $10,000.

Mechanisms of Vasospasm in Arterial Grafts.  R. L. Tackett (PI), C. A. Rawlings (Co-I), Georgia Heart Association, 1986-1987, $24,156.

Unrestricted Gift.  R. L. Tackett (PI), Sandoz, Inc., 1986, $500.

Unrestricted Gift.  R. L. Tackett (PI), Squibb, Inc., 1986, $300.

Unrestricted Gift.  R. L. Tackett (PI), Ciba-Geigy, 1986, $200.

Unrestricted Gift.  R. L. Tackett (PI), LSU Vet. School $600.

Validation and Application of Pharmacokinetic Models for Interspecies Extrapolations in Toxicity Risk Assessments of Volatile Organics. C. E. Dallas (PI), J. V. Bruckner, (Co-I), J. M. Gallo, (Co-I), R. L. Tackett (Co-I), U. S. Air Force, 1987-91, $380,441.

Opiate Mechanisms in Renal Function.  R. L. Tackett (PI), National Kidney Foundation of Georgia, 1988-89, $10,100.

Stability and Biocompatibility of Zidovudine.  J. M. Gallo (PI), R. L. Tackett (Co-I), Shiley Infusaid Inc. 1989-1990, $45,975.

Summer Undergraduate Research Program.  R. L. Tackett (PI).  Georgia  Heart Association, l990, $2750.

Interspecies Extrapolations of Halocarbon Respiratory and Tissue Kinetics: Applications to Predicting Toxicity in Different Species.  C. E. Dallas (PI), J. V. Bruckner (Co-I), J. M. Gallo (Co-I), R. L. Tackett (Co-I), U.S. Dept. Defense, 1991-1994, $479,243.

Embassy of the Arab Republic of Egypt Cultural and Educational Bureau Peace Fellowship Program, 1991, $6,500.

Visiting Summer Faculty Program:  A Tool to Enhance Pharmaceutical Education and Recruit Graduate Students.  R. L. Tackett (PI), J. T. Stewart (PI), American Association of Colleges of Pharmacy GAPS Program, 5/91 - 6/92, $27,500.

Summer Undergraduate Research Program: Vascular Pharmacology. R. L. Tackett (PI), Georgia Heart Association, 1992, $2,750.

Assays to measure chloroxazone metabolism in human plasma and urine samples. J. T. Stewart (PI), R. L. Tackett (Co-I), Microbiological Associates, Inc., 9/92 - 12/93, $34,400.

Quality Assurance for Pharmaceutical Development. R. L. Tackett (PI), J. T. Stewart (Co-PI), Rhone Meriuex, Inc., 5/93 - 5/95, $15,000.

In vitro evaluation of racial differences in vascular reactivity.  R. L. Tackett (PI), American Heart Association Georgia Affiliate, 7/93 - 6/95, $66,000.

Summer Undergraduate Research Program: Vascular Pharmacology. R. L. Tackett (PI) Georgia Heart Association, 6/93-9/93, $2,750.

1994 Summer Undergraduate Research Program: Vascular Pharmacology. R. L. Tackett (PI) Georgia Heart Association, 5/94 - 8/94, $2,750.

Contractile Effects of Recombinant Endothelin Peptides on Human Vessels.  R.L. Tackett (PI), D. Puett (Co-PI), UGA Biotechnology Grant, 7/95-6/97, $60,000.

Protein Engineering of Endothelin a Potent Vasoconstrictor and Mitogen.  D. Puett (PI), R.L. Tackett (Co-I), Georgia Heart Association, 7/95-6/96, $33,000.

1995 Summer Undergraduate Research Award: Vascular Pharmacology, R.L. Tackett (PI), Georgia Heart Association, 5/95-9/95, $2,750.

Clinical Criteria to Aid in the Diagnosis and Treatment of Postoperative Pain in Cats. S.W. Allen (PI), J.D. Smith (Co-I), J.E. Quandt (Co-I), R.L. Tackett (Co-I).  Morris Animal Foundation 1995-1997, ($7,058 - 1st year; $12,433 - 2nd year) $19,491.

1995-96 Undergraduate Research Participation Award for Kanili Shoemaker, R.L. Tackett (PI), American Association of Colleges of Pharmacy, 1995-96, $7,000.

Determination of Objective Clinical Criteria to Aid in the Diagnosis and Treatment of Post Operative Pain in Cats. S.W. Allen (PI), J.D. Smith (Co-I), J.E. Quandt (Co-I), R.L. Tackett (Co-I) VMES, 1994-1996, $11,014.

Emerging Trends in the Treatment of Cardiovascular Disease in Minority Populations.  R.L. Tackett (PI).  Merck, Inc., 1995-96, $10,000.

1996 Summer Undergraduate Research Award:  Mechanisms Responsible for Racial Differences in Vascular Reactiviy,  R.L. Tackett (PI), Georgia Heart Association, 6/96-8/96, $2,750.
Racial Differences in the Production of Free Radicals.  R.L. Tackett (PI), 1996 University  of Georgia Faculty Toxicology Research Grant, 1996-1997, $8,000.

Vascular Reactivity of Bucindolol and Its Metabolites in Human Saphenous Vein.  R.L. Tackett (PI), Astra Merck, Inc.  1997-1998, $10,528.

Hypertension in Minority Populations.  R.L. Tackett (PI), Merck, Inc.  1997-1998, $5,500.

Three Dimensional Animation of Signal Transduction Processes.  Learning Technologies Grants Program, University of Georgia, S. Lewis (PI), J Moore (Co-I), T Murray (Co-I), D Ferguson (Co-I), G Edwards (Co-I), L Cowgill (Co-I), T Melton (Co-I), R Tackett (Co-I), D Puett (Co-I), 2000-2, $30,000.

Evaluation of a New Formulation of Ibuprofen.  Banner Pharmacaps, Inc.  R.L. Tackett (PI), B. Flatland (Co-I), 2002-3, $10,188.

Fumonisin Research.  USDA. R.L. Tackett (PI), K. Voss (Co-PI), 2002, $1420.

Fumonisin Research. USDA.  R.L. Tackett (PI), K Voss (Co-PI, 10/02-9/03, $17,036

Fumonisin Research USDA, R.L. Tackett (PI), K Voss (Co-PI), 10/03-9/04, $17,688.

Development and Dissemination of a Multimedia Critical Prescribing Skills Curriculum.  RL Tackett (PI), M Perri, III (Co-PI), P Brooks (Co-I), C McDuffie (Co-I), 2006-8, $396,490.

Learning Biological Processes Through Animations and Inquiry:  A New Approach.  JS Oliver (Program Director),  JN Moore (Investigator), SA Brown (Investigator), AS Cohen (Investigator), RL Tackett (Investigator), S Templin (Investigator), P van Scotter (Investigator), C Ward (Investigator), GL Edwards (Investigator), R Griner (Investigator), DJ Hurley (Investigator), W Li (Investigator), TP Robertson (Investigator), NIH, 2008-2013, $1,296,673

Pharmacokinetics of Carboxymethylcysteine and N-Acetylcysteine. Keil Pharmaceutical Co.,2009-10, $10,000

Development of a Mental Health Medications for Children and Adolescents Education and Resource Toolkit.  Department of Behavioral Health and Developmental Disabilities, State of Georgia, 2010-11, $5,000


## Invited Talks

"New Concepts on Drugs with Beta Blocking Properties," Auburn University, Auburn, AL, 3/82.

"Magnesium and Digitalis," Gordon Conference, Plymouth, NH, 8/82.

"Cardiac Glycosides," St. Mary's Hospital, Athens, GA, 4/83.

"Presynaptic Actions of Propranolol," Department of Medicinal Chemistry, College of Pharmacy, University of Georgia, Athens, GA.

"Drug-Food Interactions," Student Dietetic Association, University of Georgia, Athens, GA, 11/83

"Drug Abuse," Green Acres Baptist Church, Athens, GA, 3/84.

"Sympathomimetic Drugs Used in Respiratory Therapy," Athens Vocational Technical School, Athens, GA, 1/84.

"Cardiac Glycoside Toxicity," Robert Wilson Pharmaceutical Association, Athens, GA, 5/84.

FDA Short Course, "Bioassay and Biological Controls," Athens, GA, 7/84.

FDA Short Course, "Pharmacology," Athens, GA, 7/84.

"Physiology of the Nervous System," Cedar Shoals High School, Athens, GA, 11/84.

"Site and Mechanism of the Centrally Mediated Hypotensive Actions of Propranolol," Department of Pharmacology, College of Veterinary Medicine, University of Georgia, Athens, GA, 4/85.

"An Opioidergic Component in the Hypotensive Action of Propranolol," Department of Pharmacology, College of Pharmacy, University of Georgia, Athens, GA, 4/85.

"Pharmacology of Dopamine," St. Mary's Hospital, Athens, GA, 10/85.

"Site and Mechanism of the Centrally Mediated Hypotensive Actions of Propranolol," Department of Pharmacology, Emory University, Atlanta, GA, 10/85.

"Central Opioidergic and Catecholaminergic Systems Involved in the Control of Blood Pressure: Potential Sites of Action of Antihypertensive Drugs," Department of Physiology, Medical College of Georgia, Augusta, GA, 2/86.

"Pharmacology of SC 39584, A New $Ca^{2+}$ Antagonist: Comparison with Verapamil," Department of Pharmacology, College of Pharmacy, University of Georgia, Athens, GA, 2/86.

"Home Care of the Heart Patient," GAPHA, Atlanta, GA, 3/86.

"Physiology of the Cardiovascular System," Cedar Shoals High School, Athens, GA, 5/86.

"Physiological Pharmacokinetics: A Complement to Clinical Studies," Elan Pharmaceuticals, Gainesville, GA, 1/87.

"Research Opportunities at the College of Pharmacy," Georgia Southern College, Statesboro, GA, 2/87.

"Cardiovascular Pathophysiology," Cedar Shoals High School, Athens, GA, 3/87.

"Presynaptic Interactions of Propranolol," Cardiovascular Research Group, College of Pharmacy UGA, 10/87.

"Pharmacodynamics of Calcium Antagonists," Dept. Med. Chem. UGA College of Pharmacy, Athens, GA, 10/87.

"Opioidergic and Catecholaminergic Mechanisms of Antihypertensive Drugs," Dept. Physiology/Pharmacology, UGA Vet. School, Athens, GA, 3/88.

"Cardiovascular Drugs and Exercise," Department of Physical Education, University of Georgia, Athens, GA, 3/87.

"Anatomy and Physiology of the Cardiovascular System," UGA College of Pharmacy, Athens, GA, 9/88.

"Overview of the Cardiovascular System:  Anatomy and Physiology," Second Annual Glynn Pharmaceutical Gathering, Jekyll Island, GA, 10/88.

"Overview of the Cardiovascular System:  Anatomy and Physiology," Postgraduate Seminar on Coronary Care, Macon College, Macon, GA, 11/88.

"Sexual Dysfunction and Antihypertensive Drug Therapy," Griffin Pharmaceutical Assoc., Griffin, GA, 10/88.

"Antihypertensive Drug Therapy and Sexual Dysfunction," UGA College of Pharmacy, Athens, GA, 9/89.

"Early Alterations in Vascular Reactivity of Autogenous Saphenous Vein Grafts,"  Department of Pharmacology, Medical College of Georgia, Augusta, GA, 1/90.

21

"Pharmacological Effects of Substances of Abuse," Alcohol Highway Safety Workshop for the Underage Offender, Forsyth, GA, 2/90.

"Vascular Reactivity of Saphenous Vein Bypass Grafts One Week Post Surgery," Department of Cardiology, Crawford-Long Hospital, Atlanta, GA, 4/90.

"Physiological Effects of Substances of Abuse," Juvenile Court Judges Spring Seminar, Jekyll Island, GA, 5/90.

"Effects of Cardiovascular Drugs on Exercise Performance," Dept. Exercise Physiology, University of Georgia, Athens, GA, 5/90.

"The Basics of/and Review of Pharmacology," College of Pharmacy, University of Georgia, Athens, GA, 9/90.

"The Basics of/and Review of Pharmacology," West Georgia College, Carrolton, GA, 10/90.

"Diseases of the Heart and Major Blood Vessels," College of Pharmacy, University of Georgia, Athens, GA, 10/90.

"Diseases of the Heart and Major Blood Vessels," West Georgia College, Carrolton, GA, 11/90.

"Autonomic Drugs," West Georgia College, Carrolton, GA, 1/91.

"Ion Channels in Vascular Smooth Muscle:  Targets for Antianginal and Antihypertensive Drugs," Solvay Pharmaceuticals, Inc., Marietta, GA, 8/91.

"Pathophysiology of Angina," Warner Robbins Pharmaceutical Association, Warner Robbins, GA, 9/91.

"Interaction of Beta Blocking Drugs Within the Central Nervous System," Minority Biomedical Research Support Program Seminar Series, Morris Brown College, Atlanta, GA, 10/91.

"Seminar on Substances of Abuse," College of Pharmacy, University of Georgia, Athens, GA, 11/91.

"LSD - Its Pharmacological Actions," Oxford College of Emory University, Oxford, GA, 1/22/92.

"Effects of Insulin on Vascular Reactivity in Rat Aorta," Scientific Conference on Functional and Structural Mechanisms of Vascular Control, American Heart Association, Snowbird, Utah, 1/29/92.

"Effects of Aspirin on Intimal Hyperplasia in Grafted Saphenous Veins One Week Postoperatively," Scientific Conference on Functional and Structural Mechanisms of Vascular Control, American Heart Association, Snowbird, Utah, 1/30/92.

"Vascular Reactivity of Saphenous Vein Bypass Grafts - Effects of Denervation," Dept. Internal Med., University of Michigan, Ann Arbor, MI, 3/23/92.

"Altered Vascular Responses to Serotonin in Saphenous Vein Bypass Grafts," Dept. Physiol./Pharmacol., School of Vet. Med., University of Georgia, 5/92.

"AIDS,"  College of Pharmacy, University of Georgia, Athens, GA, 9/12/92.

"Substances of Abuse," College of Pharmacy, University of Georgia, Athens, GA, 10/3/92 and 10/4/92.

"Cardiovascular Drug Update," College of Pharmacy, University of Georgia, Athens, GA, 11/92.
"AIDS:  Implications for Pharmacy," 1992 Finale Symposium, Tifton, GA, 12/92.

"Cardiovascular Drug Update," 1992 Finale Symposium, Tifton, GA, 12/92.

"Central Hypotensive Action of Propranolol Is Mediated by Opioidergic but not ß-Adrenergic Receptors in the Rostral Ventrolateral Medulla," Neuropeptide Conference, Breckenridge, Co., 2/93.

"Pharmacology of Abused Substances," State Court Judges' Annual Seminar, Jekyll Island, GA, 5/93.

"AIDS: Implications for Pharmacy," Georgia Pharmaceutical Association, Asheville, NC, 6/93.

"Advantages and Disadvantages of ß Agonists in the Treatment of Asthma," Warner Robins Pharmaceutical Foundation, Warner Robins, GA, 8/93.

"Cardiovascular Drug Update," Brunswick Pharmaceutical Association, Jekyll Island, GA, 8/93.

"Cardiovascular Actions of Allergy Medications," College of Pharmacy, University of Georgia, Athens, GA, 9/93.

"Vascular Reactivity Differences Between Black and White Coronary Artery Bypass Patients," Medical College of Georgia, Augusta, GA, Oct. 9, 1993.

"Substances of Abuse," College of Pharmacy, University of Georgia, Athens, GA, 10/30 - 10/31, 1993.

"Pharmacology of Sedative Hypnotics," College of Pharmacy, University of Georgia, Athens, GA, 11/13/93.

"Sexually Transmitted Diseases," West Georgia College, Carrolton, GA, 11/21/93.

"Aids:  Its Implications for Pharmacy," West Georgia College, Carrolton, GA, 2/13/94.

"Cardiovascular Toxicity of Drugs of Abuse," Barry University, Miami Shores, FL, 3/21/94.

"LSD-Facts and Myths," Oxford College of Emory University, Oxford, GA, 4/11/94.

"Pharmacological Effects of Alcohol and Other Drugs on the Body," Probate Court Judges Annual Spring Seminar, Athens, GA, 4/21/94.

"Pharmacology of Abused Substances," Magistrate Judges Spring Seminar, Athens, GA, 4/22/94.

"Pharmacological Impacts of Abused Substances," Juvenile Court Judges Spring Seminar, Jekyll Island, GA, 5/17/94.

"Pharmacology of Alcohol and Substances of Abuse," Adolescent Substance Abuse Program Directors, Council of Juvenile Court Judges of Georgia, Athens, GA, 8/1994.

"Treatment of Cardiovascular Disease in Special Patient Populations," Univ. of Georgia College of Pharmacy, Athens, GA, 9/1994.

"Drugs of Abuse," Adolescent Substance Abuse Program, Douglas County Juvenile Court, Douglasville, GA, 10/1994.

"Drugs of Abuse Workshop," University of Georgia, College of Pharmacy, Athens, GA, 10/22-10/23, 1994
"AIDS: Its Implications for Pharmacy," 1994 Finale Symposium, University of Georgia, College of Pharmacy, Tifton, GA 12/94.

"Practical Pharmacology" Medical College of Georgia Dentists and Hygienists CE Program, Rome, GA 2/95.

"Drug Induced Sexual Dysfunction" 15th National Conference on Mental Health Developmental Disabilities Substance Abuse Pharmacists, University of Georgia, 2/95.

"Saphenous Veins in Black and White Females Exhibit Impaired Vasodilatory Mechanisms,"  American Heart Association Conference on the Functional and Structural Aspects of the Vascular Wall.  Snowbird, UT, 2/95.

"Racial Differences in Cardiovascular Disease: Role of the Vasculature," Merck & Co., Inc., Atlanta, GA, 3/95.

"Angiotensin II Receptor Blockade: Clinical Focus on Losartan," Merck & Co., Birmingham, AL, 5/95.

"Treatment of AIDS and HIV," Georgia Pharmacy Association, Panama City, FL, 6/19/95.

"HMG's: Update on Current Therapy,"  Mississippi Society of Hospital Pharmacists Association, Orange Beach, AL, 8/6/95.

"Altered Vascular Reactivity and Cardiovascular Disease,"  Cardiology Ground Rounds, Department of Cardiology, Medical College of Georgia, Augusta, GA, 9/21/95.

"AIDS," University of Georgia College of Pharmacy, Athens, GA, 9/30/95.

"Mechanisms Mediating Racial Differences in Cardiovascular Disease," Vascular Biology Institute, Medical College of Georgia, Augusta, GA, 10/4/95.

"Cardiovascular Disease in Ethnic Populations,"  Georgia Heart Association, Atlanta, GA, 10/5/95.

"Substances of Abuse,"  College of Pharmacy, University of Georgia, Athens, GA, 10/7-8/95.

"Endothelial Dysfunction:  Site For Racial and Gender Differences in Cardiovascular Disease,"  Molecular Biology Institute, Medical College of Georgia, Augusta, GA, 10/12/95.

"Altered Vascular Reactivity As A Mechanism For Racial Differences in Cardiovascular Diseases,"  Keynote Address, Student Research Day Symposium, Morehouse School of Medicine, Atlanta, GA  11/11/95.

"New Issues In  Drug Abuse,"  R.C. Wilson Pharmaceutical Association, Athens, GA  1/17/96.

"Inhalant and Marijuana Abuse," Civil Impact Subcommittee of the Supreme Court Committee on Substance Abuse, Athens, GA 1/18/96.

"Alcohol Abuse," Civil Impact Subcommittee of the Supreme Court Committee on Substance Abuse, Athens, GA 1/18/96.

"Abuse of Opiates and Prescription Drugs," Civil Impact Subcommittee of the Supreme Court Committee on Substance Abuse, Athens, GA 1/18/96.

"Abuse of Cocaine and Designer Drugs," Civil Impact Subcommittee of the Supreme Court Committee on Substance Abuse, Athens, GA 1/18/96.

"Update on Cardiovascular Drug Therapy," University Learning Systems, Inc., Breckenridge, CO 1/29 - 31/96.

"Basics Principles of Pharmacology and Pharmacodynamics," Huntcliff Summit Nursing Home, Dunwoody, GA 2/22/96.

"African American Women and Heart Disease: Research Discoveries," Straight From the Heart: Sister to Sister Conference, Decatur, GA 2/24/96.

"The Pharmacology of Abuse," At the Crossroads: Creating New Paths to Prevention Seminar, Georgia Network Training Institute, Jekyll Island, GA 2/29/96.

"Drugs and Alcohol: What Parents and Teens Need to Know," Oconee County High School, Watkinsville, GA 3/12/96.

"Molecular Pharmacology of Respiratory Drugs, " Respiratory Care Conference, HCA Coliseum Medical Center, Macon, GA 3/29/96.

"Minority Access to Research Careers/FASEB Visiting Scientists Program," Panel Discussion, Washington DC, Convention Center, Washington, DC 4/15/96.

"The Physiology and Pharmacology of Psychoactive Substances and the Process of Addiction," Addiction Counselors Training Program, Ridgeview Institute, Smyrna, GA 4/20-21/96

"AIDS: Implications For Pharmacy," Pharma-fest '96, Tri-State Pharmacy Education Association, Thomasville, GA 5/18/96.

"New Horizons in Georgia Heart Research," Heart Meet '96, Georgia Heart Association, Atlanta, GA 6/8/96.

"Management of Cardiovascular Disease in Special Populations," Georgia Pharmaceutical Association, Savannah, GA 6/15/96.

"Abnormalities of Vascular Reactivity in Black and White Women With Coronary Artery Disease," Symposium: Prevention of Coronary Heart Disease and Myocardial Ischemia: Focus on Endothelial "Dysfunction, Antioxidants, and Cholesterol Lowering" 11th Annual International Interdisciplinary Conference on Hypertension in Blacks, New Orleans, LA 7/14/96.

"DUI of  Alcohol and Substances of Abuse,"  Georgia Traffic Court Judges Spring Seminar, Savannah, GA 8/6/96.

"Drugs of Abuse Workshop," University of Georgia, College of Pharmacy, Athens, GA, 10/5 - 10/6/96.

"AIDS:  Its Implications For Pharmacy,"  University of Georgia College of Pharmacy, Athens, GA,  10/12/96.

"Treatment of Cardiovascular Disease in Special Populations,"  University of Georgia College of Pharmacy, Athens, GA, 10/19/96.

"Psychopharmacology of Substances of Abuse," Juvenile Court Probate Officers Fall Seminar, Unicoi, GA, 10/23 - 10/24/96.
"Stress and African American Women," Dekalb Medical Center, Atlanta, GA, 10/24/96.

"Update on Antihypertensive Drugs,"  University Learning Systems, Inc.,  Maui, HI  10/29/96.

"Update on Antilipidemic Drugs,"  University Learning Systems, Inc.,  Maui, HI,  10/30/96.

"Pharmacology of Drugs Used in the Treatment of AIDS,"  University of Georgia College of Pharmacy Teleconference, Athens, GA,  11/7/96.

"The Physiology and Pharmacology of Psychoactive Substances and the Process of Addiction,"  Addiction Counselors Training Program, Tifton, GA,  11/16 - 11/17/96.

"Psychopharmacology of Substances of Abuse,"  Georgia Traffic Court Judges Seminar, Savannah, GA, 11/20/96.

"Update on Antihypertensive Drugs,"  University of Georgia College of Pharmacy, Tifton, GA,  12/7/96.

"Update on Antilipidemic Drugs, "  University of Georgia College of Pharmacy, Tifton, GA,  12/8/96.

"Racial Differences in Vascular Reactivity,"  Merck Hypertension Specialty Council, Atlanta, GA, 1/18/97.

"Antiarrhythmic Drugs,"  Department of Veterans Affairs, Carl Vinson Medical Center, Dublin, GA,  4/17/97.

"AIDS: Implications For Pharmacy," Pharmafest, Thomaston, GA, 5/17/97.

"Cardiovascular Disease in Special Populations.  Part I", University of Georgia College of Pharmacy, Athens, GA, 5/15/97.

"Cardiovascular Disease in Special Populations.  Part II", University of Georgia College of Pharmacy, Athens, GA, 5/22/97.

"Cardiovascular Research at the University of Georgia," Mended Hearts, Athens Regional Medical Center, Athens, GA, 7/27/97.

"Antibiotics: Use or Misuse," Athens Clarke County RESA Infectious Disease Seminar, Winterville, GA, 8/6/97.

"Chemical Castration," Georgia Superior Court Judges Seminar, St. Simons Island, GA, 8/14/97

"Alcohol and Drug Abuse in Oconee County," Oconee Civic Center, Watkinsville, GA, 9/16/97.

"New Agents in the Treatment of Hypercholesterolemia," Football Saturday Seminar Series, University of Georgia College of Pharmacy, Athens, GA, 10/4/97.

"Impairment of Endothelium-Dependent Relaxation By Lysophosphatidylcholine in Postmenopausal Women," Vascular and Myocardial Aspects of Ischemic Heart Disease, Lake Tahoe, NV, 2/98.

"Drug Testing Workshop I", Mental Health Workshop, University of Georgia, Athens, GA, 2/4/98.

"Drug Testing Workshop II", Mental Health Workshop, University of Georgia, Athens, GA, 2/4/98.

"Gateway Drugs," Dick Mendenhall Program, WNGC Radio, Athens, GA, 2/9/97.

"Increased Production of Free Radicals in African Americans," Science and Technology for a Sustainable Society Symposium, Georgia Institute of Technology, Atlanta, GA, 5/14/98.

"Oxidative Stress, Vascular Reactivity and Endothelial Dysfunction in African Americans: A Basis for Excess Target organ Damage". Founders Symposium, 13th International Interdisciplinary Conference on Hypertension in Blacks, Charleston, SC 7/15/98.

"Pain Management of Cancer and Chemotherapy", 1998 Postgraduate Summer Seminar on Jekyll Island, Jekyll Island, GA 8/16/98.

"Pain Management of Cancer and Chemotherapy", College of Pharmacy, University of Georgia, Athens, GA, 9/19/98.

"Substance Abuse Workshop", College of Pharmacy, University of Georgia, Athens, GA, 10/3-4/98.

"Workshop on Substances of Abuse - Session II", 1998 Finale Symposium, University of Georgia College of Pharmacy, Rural Development Center, Tifton, GA 12/5 - 12/6, 1998.

"Review of Anorexigenic Agents",  1998 Finale Symposium, University of Georgia College of Pharmacy, Rural Development Center, Tifton, GA 12/6/98.

"Issues in Drug Testing for Substances of Abuse", 19th National Symposium for Mental Health/Developmental Disabilities/Substance Abuse Practioners, University of Georgia, 2/11/99

"Drug Testing/Current Substances of Abuse and Use/Drugs and the Internet", 1999 Georgia Association of Independent Juvenile Courts Spring Seminar, Rome, GA 4/28/99.

"New Developments in the Pharmacological Treatment of Depression", Georgia Psychological Association1999 Annual Meeting, Atlanta, GA   5/16/99.

"Drugs and the Elderly", US Seniors, WGAU, Athens, GA 5/19/99.

"New Developments in Asthma Therapy: Leukotriene Receptor Antagonists", Georgia Pharmacy Association=s 1999 Annual Convention, Ashville, NC 6/29/99.

"Straight Talk on Alcohol and Drug Abuse", Oconee County School System, Oconee, GA 8/31/99.

"Treatment of Attention Deficit-Hyperactivity Disorder", UGA College of Pharmacy, Athens, GA 9/4/99.

"Endothelial Dysfunction and Cardiovascular Disease in African Americans", Georgia Prevention Institute, Augusta, GA 9/19/99.

"Substance Abuse Workshop", University of Georgia College of Pharmacy, Athens, GA 9/18-19/99.

"Prescribing Rights for Health Professionals: Pharmacological Issues", Health and Human Ecology Committee, State of Georgia House of Representatives, Atlanta, GA 9/21/99

"Update on Antidepressant Drug Therapy", University of Georgia College of Pharmacy, Athens, GA 9/25/99

"Abuse of Prescription Drugs", Georgia Independent Juvenile Court Probation Officers Annual Fall Seminar, St Simons Island, GA 10/13/99.

"Treatment of Atypical Depression", Northeast Georgia Psychological Association, Athens, GA 11/5/99.

"Substance Abuse Workshop", University of Georgia College of Pharmacy, Athens, GA 11/6-7/99.

"Alcohol and Drug Use in High School Students", Clarke Central High School, Athens, GA 1/3/00.

"Treatment of Depression: Use of Atypical Antidepressants and St. John's Wort", Psychotherapy: Community, Art & Soul, Georgia Psychological Association Midwinter Conference, Marietta, GA 1/16/00.

"1999 Expert Consensus Guidelines in the Treatment of Schizophrenia", 20th National Conference for Mental Health Practioners, Athens, GA. 2/22/00.

"Drug Effects: New Trends in Psychopharmacology", 10th Annual Regional/Georgia Network Training Institute, St. Simons Island, GA 2/24-25/00.

"Inhalants and Poisons: Effects of Inhalants", Northeast Georgia Regional Educational Service Agency, Winterville, GA 3/14/00.

"Synergistic Impairment: Pharmacology of Combined Substance Abuse", Law Enforcement, Highway Safety and Perspective on Impaired Drivers, Cartersville, GA 5/4/00.

"Treatment of Hyperlipidemias", University Learning Systems, Cancun, Mexico, 5/16/00.

"Antioxidants and Cardiovascular Disease: A Radical Concept", University Learning Systems, Cancun, Mexico, 5/17/00.

"Treatment of Cardiovascular Disease in the Difficult Patient",  University Learning Systems, Cancun, Mexico, 5/18/00.

"Pathophysiology of Atherosclerosis", Hyperlipidemia Certification Program, Georgia Pharmaceutical Association, Amelia Island, FL, 6/17/00.

"Pharmacological Treatment of Atherosclerosis", Hyperlipidemia Certification Program, Georgia Pharmaceutical Association, Amelia Island, FL, 6/19/00.

"Antihypertensive Drugs: New Insights", 2000 Postgraduate Summer Seminar on Jekyll Island, Jekyll Island, GA,  8/6/2000.

"Drugs of Abuse: What is New and Why"?  40th Annual Southeastern School of Alcohol and Other Drug Drug Studies, Athens, GA, 8/16/00.

"Synergistic Impairment: Pharmacology of Combined Substance Abuse - Pharmacological Impact of Alcohol Combined With Marijuana and Alcohol Combined With Prescription Medications", Probate Court Judges Annual Traffic Seminar, Savannah, GA, 8/17/00.

"Pathophysiology of Atherosclerosis", Hyperlipidemia Certification Program, University of Georgia, College of Pharmacy, Athens, GA, 9/24/00.

"Pharmacological Treatment of Atherosclerosis", Hyperlipidemia Certification Program, University of Georgia, College of Pharmacy, Athens, GA, 9/24/00.

"Substances of Abuse, Synergistic Pharmacological Impact and Impacts on Fetal Development & Adolescents", Juvenile Court Judges Annual Fall Seminar, Young Harris, GA, 9/27/00.

"Interactions and Safety of Herbal Medicines", St. Mary=s Women=s Resource Center, Watkinsville, GA, 9/28/00.

"Synergistic Impairment", Law Enforcement, Highway Safety and Perspective on Impaired Drivers Conference, Albany, GA, 10/2/00.

"Treatment Options for Depression", Georgia Psychological Association, Atlanta, GA,, 10/19/00.

"Substance Abuse Workshop", University of Georgia College of Pharmacy, Athens, GA, 10/20-21/00.

"Maternal Alcohol Syndrome and Fetal Effect", GAIJC 2000 Fall Seminar, Helen, GA, 10/26/00.

"Treatment of Anxiety Disorders", Northeast Georgia Psychological Association, Athens, GA, 11/10/00.

"Treatment Options for Depression",  Georgia Psychological Association, Thomasville, GA, 11/11/00.

"Substance Abuse Workshop", University of Georgia College of Pharmacy Fall Finale, Tifton, GA, 12/2-3/00.

"Pathophysiology of Atherosclerosis", Hyperlipidemia Certification Program, University of Georgia, College of Pharmacy,Tifton, GA, 12/3/00.

"Pharmacological Treatment of Atherosclerosis",   Hyperlipidemia Certification Program, University of Georgia, College of Pharmacy, Tifton, GA, 12/3/00.

"What Substances are Being Abused by Adolescents/Teens",  21st National Symposium for Psychiatric Practioners, University of Georgia, Athens, GA, 2/6/01.

"Pharmacological Treatment of Depression",   21st National Symposium for Psychiatric Practioners, University of Georgia, Athens, GA, 2/6/01.

"Pharmacological Treatment of Anxiety Disorders",  21st National Symposium for Psychiatric Practioners, University of Georgia, Athens, GA, 2/7/01.

"Endothelial Dysfunction and Cardiovascular Disease in Minority Populations", Department of Exercise Science, University of Georgia, Athens, GA, 2/16/01.

"Drug Effects: New Trends in Drug Abuse", 11th Annual Regional/Georgia Network Training Institute, St. Simons Island, GA, 2/22/01.

"Pharmacological Treatment of ADHD: Ritalin vs Other Treatments", Georgia Association of School Psychologists 2001 Conference, St. Simon=s Island, GA, 5/02/01.

"Pharmacological Treatment of Depression",  Georgia Association of School Psychologists 2001 Conference, St. Simon=s Island, GA, 5/02/01.

"Treatment of Schizophrenia",  Myths, Mountains, and Miracles: Schizophrenia and Other Persistent Mental Illness, School of Social Work, University of Georgia, Athens, GA, 5/11/01.

"Treatment of ADHD: Ritalin or Alternatives"? 2001 Postgraduate Seminar on Jekyll Island, Jekyll Island, GA, 8/12/01.

"Drugs of Abuse: What's New and Why", 41st Annual Southeastern School of Alcohol and Other Drug Studies. Athens. GA. 8/22-24/01.

"Treatment of ADHD: Ritalin or Alternatives",  University of Georgia College of Pharmacy 2001 Football Saturday Series, Athens, GA 9/29/01

"Drug and Alcohol Pharmacology", Traffic Court Technology 2001 Seminar, Savannah, GA 10/5/01

"Substance Abuse Workshop", University of Georgia, Athens, GA 11/3-4/01

"Anti-Psychotic Drugs: New Concepts", Northeast Georgia Psychology Association, Athens, GA 11/9/01.

"Pharmacological Treatment of ADHD", Northeast Georgia Psychological Association, Athens, GA 11/9/01

"Free Radicals and Antioxidants", University of Georgia Football Saturday Series, Athens, GA 11/10/01

"Teens and the Georgia Law: Abused Substances", NE Georgia RESA, Winterville, GA 1/17/02.

"Ecstasy Abuse: A New Drug Epidemic",  22nd National Symposium for Psychiatric Practioners: Mental Health Treatment: A Multidisciplinary Approach, Athens, GA 2/5/02.

"Ritalin and ADHD: Abuse and Misuse", 22nd National Symposium for Psychiatric Practioners: Mental Health Treatment: A Multidisciplinary Approach, Athens, GA 2/6/02.

"Drug Effects: New Trends in Pharmacology", In Focus: Looking Through Different Lenses, Georgia College Personnel Association/Georgia Network Training Institute, St Simons Island, GA 2/28/02

"Drugs of Abuse as They Relate to DUIs",  Probate Judges Annual Traffic Seminar, Augusta, GA 7/9/02

PPA and Ephedra: Pharmacological Dynamics and Issues",  American Trial Lawyers Association 2002 Annual Convention, Atlanta, GA 7/21/02

"Substance Abuse Workshop",  University of Georgia College of Pharmacy, Athens, GA 10/26-27/02

"Addiction and Drug Abuse", Northeast Georgia Psychological Association, Athens, GA 11/1/02

"Pharmacology of Alcohol and Abused Drugs", National Conference of Specialized Court Judges: Traffic Court Technology Program, Atlanta, GA 11/07/02

"Drugs and the Juvenile", Georgia Association of Independent Juvenile Courts Annual Seminar, Lake Lanier Island, GA 3/20/03

"Drug Testing in Juveniles", Juvenile Court Judges Spring Seminar, St. Simon=s Island, GA 5/6/03

"Drugs of Abuse: What's New and Why",  43rd Southeastern Conference on Alcohol and Other Drug Programs, Athens, GA 8/18-22/03

"Avoiding Adverse Drug Effects", The CBS Early Show, 8/21/03

"Substance Abuse and Adolescents", Georgia Association of School Psychologists 2003 Fall Conference, Callaway Gardens, GA 10/10/03

"Alcohol and Substance Abuse", Sigma Kappa Sorority, Athens, GA 10/13/03

"Substance Abuse Workshop – 2003", University of Georgia College of Pharmacy, Athens, GA 10/18-10/19/03

"Drug Use in Adolescents", Community Service Board Annual Meeting, Savannah, GA 11/17/03

"Psychopharmacology Update", Georgia School of Professional Psychologists, Atlanta, GA 1/16/04

"Methamphetamine and Stimulant Abuse in Adolescents", 14th Annual Student Assistance Program Training, Atlanta, GA 2/24/04

"Update on Campus Drug Use – 2004", Georgia College Personnel Association/Georgia Network of Colleges and Universities Annual Conference, Jekyll Island, GA 2/26/04

"Chalk Talk: Current Drug Abuse on College Campuses", Floyd College, Rome, GA 3/16/04

"Current Drug Use in Adolescents,"  Oconee Mental Health Center, Rock Eagle, GA  4/26/04

"Methamphetamine and Club Drugs", Keynote Speaker, 2004 Showcase of Prevention Programs, Georgia Southern University, Statesboro, GA 5/5/04

"Methamphetamine and Other Substances Abused by Adolescents", NW Georgia RESA, Floyd College, Rome, GA 7/30/04

"Pharmacology of Zyprexa", Scientific Evidence, Inc, Houston, TX 10/14/04.

"Anatomy of a Prescription Label", Scientific Evidence, Inc.  Houston, TX 10/14/04.

"Chasers: Do They Work", WUGA Channel 15 News, Athens, GA 10/20/04

"Antidepressants", Liz Dalton Show, WUGA AM 1340 Radio, Athens, GA 10/21/04.

"Substance Abuse Workshop -2004", University of Georgia College of Pharmacy, Athens, GA 10/28-29/04.

"Substance Abuse on College Campuses", Georgia College Personnel Association-Georrgia Network Annual Conference, Callaway Gardens, GA 2/24/05

"Drug Abuse on College Campuses", Young Harris College, Young Harris, GA 3/8/05

"Update on Psychopharmacology", Prescribing Psychologists Register, Las Vegas, NV 6/11-12/2005

"NSAIDS: New Insights Into Efficacy and Safety Issues", 2005 Postgraduate Summer Seminar, Jekyll Island, GA 7/31/05

"Drug Abuse on the College Campus", Reinhardt College, Waleska, GA 8/18/05

"Substance Abuse Workshop", University of Georgia College of Pharmacy, Athens, GA 10/27-28/2005.

"Racial Differences in Vascular Reactivity: Implications for Therapy", Athens Regional Hospital, Athens, GA 10/28/05

"Psychopharmacology for Psychologists: Update on Medications, Side Effects, and Drug Interactions", Alabama Psychological Association, Birmingham, AL 11/5/05

"Abused Drugs and the Use of Drugs in the Recovering Patient", University of Georgia College of Pharmacy Football Saturday, 11/12/05

"Street Drugs", 26th National Symposium for Psychiatric Practitioners., Athens, GA 2/8/06

"Alcohol and Basketball Performance", University of Georgia Men=s Basketball Team, Athens, GA 2/8/06

"Psychopharmacology of Cognitive Disorders, Learning Disabilities, and Attention Disorders in Children, Adolescents, Adults and the Elderly", 2nd Annual Division 55 American Psychological Association Mid-Winter Meeting, San Diego, CA   2/11/06

"Pharmacology, Biopsychosocial and Pharmacologic Assessment and Monitoring, Ethics, and Research", 2nd Annual Division 55 American Psychological Association Mid-Winter Meeting, San Diego, CA   2/11/06

"Antidepressants, Antipsychotics, Anxiolytics, Sedative Hypnotics, and Cognitive Enhancers", 2nd Annual Division 55 American Psychological Association Mid-Winter Meeting, San Diego, CA   2/12/06

"Alcohol and Football Performance", University of Georgia Football Team, Athens, GA 2/27/06

"Nutritional Supplements and Athletic Performance", University of Georgia Women's Track Team, Athens, GA   2/28/06

"Nutritional Supplements and Athletic Performance", University of Georgia Men's Track Team, Athens, GA 3/7/06

"Alcohol and Soccer Performance", University of Georgia Women's Soccer Team, Athens, GA 3/9/06

"Alcohol and Volleyball Performance", University of Georgia Women's Volleyball Team, Athens, GA 3/9/06

"Alcohol and Basketball Performance", University of Georgia Women's Basketball Team, Athens, GA 3/10/06

"Safety Issues in Drug Development, Labeling and the Use of Generic Drugs", Medical Transcriptionists Annual Meeting 2006, Athens, GA 3/11/06

"Alcohol and Softball Performance", University of Georgia Women's Softball Team, Athens, GA 3/21/06

"Management of Hypertension in the Diabetic Patient", 5th Annual Statewide Diabetes Conference, Diabetes and Cardiovascular Disease: Making the Connection, Athens, GA 3/22/06

"Alcohol and Gymnastic Performance", University of Georgia Women's Gymnastic Team, Athens, GA 3/29/06

"Alcohol and Track and Field Performance", University of Georgia Men's and Women's Track and Field Team, Athens, GA 3/30/06

"Alcohol and Tennis Performance", University of Georgia Men's Tennis Team, Athens, GA 4/11/06

"Alcohol and Tennis Performance", University of Georgia Women's Tennis Team, Athens, GA 4/11/06

"Alcohol and Swimming and Diving Performance", University of Georgia Men's and Women's Swimming and Diving Teams, Athens, GA 4/13/06

"Advanced Psychopharmacological Treatments for Anxiety and Mood Disorders", Georgia State University Psychology Clinic, Atlanta, GA 5/12/06

"Anticoagulants, Antiplatelet Drugs and Coagulants", Philadelphia College of Medicine, Atlanta, GA 8/21/06

"Practice of Addiction Pharmacy-What Pharmacists Can Do to Assist", Annual Howard C Ansel Symposium, University of Georgia College of Pharmacy, Athens, GA 8/26/06

"What's This?  The Identification of Unknown Substances of Abuse", Annual Howard C Ansel Symposium, University of Georgia College of Pharmacy, Athens, GA 8/26/06

"Cholinergic and Anticholinergic Drugs", Philadelphia College of Medicine, Atlanta, GA 8/29/06

"Antiarrhythmic Drugs", Philadelphia College of Medicine, Atlanta, GA 9/6/06

"Cardiotonic Drugs", Philadelphia College of Medicine, Atlanta, GA 9/7/06

"Antianginal Drugs", Philadelphia College of Medicine, Atlanta, GA 9/7/06

"Scopolamine Injections and Smoking Cessation", Fox 5 News, Atlanta, GA 9/13/06

"Practical Considerations of Regulatory Requirements and Clinical Trial Management for the Researcher and Healthcare Practitioner", American International Medical Summit on Biotherapeutics and Medical Design, Atlanta, GA 9/20/06

"Antihypertensive Drugs",  Philadelphia College of Medicine, Atlanta, GA 9/21/06

"Hypolipidemic Drugs", Philadelphia College of Medicine, Atlanta, GA 9/21/06

"Current Issues in Substances of Abuse", University of Georgia College of Pharmacy, Athens, GA 10/26-27, 2006

'Practice of Addiction Pharmacy- What Pharmacists Can Do to Assist," 2006 Southeastern PRN Conference, Simpsonwood Conference Center, Atlanta, GA  11/11/06

'Psychopharmacology in the Geriatric Population," Georgia Psychological Association, Atlanta, GA 11/17/06

"Development and Dissemination of a Multimedia Critical Prescribing Skills Curriculum," Attorney General Consumer and Prescriber Grant Program Conference, Portland, OR  12/4/2006

"The Use of PDAs for the Dissemination of Medical Information to Prescribers," Attorney General Consumer and Prescriber Grant Program Conference, Portland, OR  12/4/2006

"Current Issues in Drug Testing," 2007 National Symposium on Co-Occurring Disorders, Athens, GA  2/7/07

"Substance Abuse in the Athlete," 2007 National Symposium on Co-Occurring Disorders, Athens, GA  2/7/07

"Use of Psychotropic Drugs in Children and Adolescents," Alabama Psychological Society, Birmingham, AL 2/23/07

"Alcohol, Drugs, and Substance Abuse," Probate Court Clerks Training Seminar, Hiwassee, GA  5/24/07

"Alcohol, Drugs, and Substance Abuse," Probate Court Clerks Training Seminar, Jekyll Island, GA  8/23/07

"Cholinergic Drugs,"  Philadelphia College of Medicine, Gwinnett, GA  8/30/07

"Antiarrhythmic  Drugs, Cardiotonics , and Antianginals," Philadelphia College of Medicine, Gwinnett, GA  9/6/07

"Hypolipidemic Drugs and Antihypertensives,"  Philadelphia College of Medicine, Gwinnett, GA  9/17/07

"Approach to the Treatment of Congestive Heart Failure,"  UGA School of Veterinary Medicine, Athens, GA  9/20/07

"Use of Inotropic Drugs,"  UGA School of Veterinary Medicine, Athens, GA  9/21/07

"Overview of Antimicrobial Drugs, "  Philadelphia College of Medicine, Gwinnett, GA  9/24/07

"Use of Vasodilators in the Treatment in Veterinary Medicine,"  UGA School of Veterinary Medicine, Athens, GA  9/26/07

"Antiarrhythmic Drugs and Veterinary Medicine,"  UGA School of Veterinary Medicine, Athens, GA  9/27/07

"Substance Abuse Workshop,"  University of Georgia College of Pharmacy, Athens, GA  10/25-26/07
"Contraception and Menopause,"  Philadelphia College of Medicine, Gwinnett, GA  11/6/07

"Treatment of Bipolar Disorder and ADHD,"  CAPA, Columbus Psychologcal Association, Columbus, GA  2/16/08

"Substance Abuse in Adolescents,"  2008 National Symposium on Mental Health, Athens, GA 2/20/08

"Toxicity of Cough Cold Medications,"  TV Interview, Channel 15 Grady College of Journalism and Mass Communication, University of Georgia, Athens, GA  3/19/2008

"Use of Psychopharmacological Drugs in Patients With Chronic Diseases", American Psychological Association Annual Meeting, Boston, MASS 8/15/08

"Alcohol Abuse on Campuses",  Rx Radio, WUOG, University of Georgia, Athens, GA  8/27/08

"Prescription Drug Abuse in College Students", Rx Radio, WUOG, University of Georgia, Athens, GA  9/3/08

"Cardiovascular Disease,"  Rx Radio, WUOG, University of Georgia, Athens, GA 10/15/08

"Substance Abuse Workshop 2008,"  University of Georgia College of Pharmacy, Athens, GA  10/30-31/08

"Update on Psychopharmacology:  Emerging Therapeutic Concepts on Depression, Anxiety, PTSD, and Mood Disorders,"  Utah Psychological Association, Salt Lake City, UT  11/14/08

"Keynote Address:  Emerging Issues in Psychoactive Agents,"  2009 Mental Health Pharmacotherapy Symposium, University of Georgia, Athens, GA  2/4/09

"Psychopharmacology Issues in the Treatment of Children, Adolescents and Adults,"  Argosy University Atlanta, Atlanta, GA  3/27/09

"Substance Abuse Workshop 2009," University of Georgia College of Pharmacy, Athens, GA 10-19-09.

"Science of Drug Abuse in Schools and Colleges,"  Moderator, University of Georgia, Athens, GA 10-20-09

"Drugs and the Adolescent Brain," ICJE Magistrate Judges Conference, University of Georgia, Athens, GA 11-3-09

"Psychotropic Drug Use Considerations in Special Populations – Women's Health,"  Mental Health Pharmacotherapy Symposium, University of Georgia, Athens, GA  2/4/10

"Hypertension in College Students," Rx Radio, WUOG, University of Georgia, Athens, GA  3/17/10

"Substance Abuse: Impact on HIV, STD & TB Prevention & Treatment in the Southeast,"  US Dept of Health and Human Services and Cicatelli Associates, Webinar, 5/13/10

"Introduction to Pharmacy II: Pharmacology and Drug Safety," UGA College of Pharmacy Summer Science Academy, UGA, Athens, GA  6/10/10

"Pharmacology of Adolescent Drug Use," Traffic Court Judges Seminar, Institute of Continuing Judicial Education, University of Georgia, Savannah, GA 6/24/10

"Pharmacology of Adolescent Drug Use," Municipal Court Judges Seminar, Institute of Continuing Judicial Education, University of Georgia, Athens, GA 9/2/10

"Substance Abuse Workshop 2010," University of Georgia College of Pharmacy, Athens, GA  10/18/10

"Date Rape Drugs," Medicine Cabinet Casualties, DEA and University of Georgia College of Pharmacy, Athens, GA 10/19/10

"Overview of Mental Health Medications for Children and Adolescents," Georgia Department of Behavioral Health & Development Disabilities, UGA-Gwinnett Campus, Lawrenceville, GA 11/16/10

"Date Rape Drugs," Dr. Susan Blank's Radio Show, Alpharetta,  www.americalswebradio.com GA 11/23/10

"Drugs and the Adolescent Brain," Cobb County Bar Association, Marietta, GA 1/20/11

"Pain Management in the Dependent Patient,"  Mental Health Pharmacotherapy Symposium, Athens, GA 2/2/11

"Endothelial Dysfunction and Cardiovascular Disease in Minority Populations,"  UGA-MCG Partnership, Athens, GA  2/17/11

"The Pharmacology and Neurobiology of Addiction," Georgia's 2011 Drug, DUI, and Mental Health Conference, Judicial Council Standing Committee on Drug Courts, Atlanta, GA  5/31/11

"Use of Psychotropic Medications in Special Populations," Alabama Psychological Association, Perdido Beach, AL 6/4/11

"Psychopharmacology of Depression and Mood Disorders in Children and Adolescents," Georgia Association of School Psychologists, Savannah, GA  8/29/11

"Importance of Pharmacovigilance in Updating the Safety of Drugs:  A Case Study Involving Serious Skin Reactions,"  Pharmacy Grand Rounds, University of Georgia College of Pharmacy, Athens, GA  9/14/11

"Overview of Mental Health Medications for Children and Adolescents,"  Georgia Department of Behavioral Health & Development Disabilities, Division of Mental Health, UGA-Gwinett, Lawrenceville, GA  10/5/11

"How Prescription and Illicit Drugs Kill,"  Dollars and Sense:  Understanding the Cost of Illicit Drug Use, DEA Conference, Athens, GA  10/18/11

"Chemical Byproducts of Meth Synthesis,"  Dollars and Sense:  Understanding the Cost of Illicit Drug Use, DEA Conference, Athens, GA  10/18/11

"Abused Drug Workshop 2011," University of Georgia College of Pharmacy, Athens, GA  10/19/11

"Seven Critical Pharmacology Questions Defense Counsel Must Resolve in DUI-Drugs or Inhalants," Defense of Drinking Drivers Institute, Institute of Continuing Legal Education in Georgia, Atlanta, GA  12/1/11

"Drug/Alcohol Impairment of Drivers:  Scientific Issues," Defense of Drunk Driving Semi-Annual Conference, Atlanta, GA  1/29/12

"Rx Drug Abuse:  Prescription for Disaster," Inaugural Meeting of the Georgia Prescription Drug Abuse Prevention Collaborative (GPDAPC), Macon, GA  4/24/12

"Abused Drug Workshop 2012," University of Georgia College of Pharmacy, Athens, GA  10/15-16/2012

"Pharmacologic Effects of Synthetic Marijuana and Bath Salts:  Update on Testing of Emerging Substances of Abuse," Substance Abuse Conference, University of Georgia College of Pharmacy, 10/16/2012

"Clinical Manifestations of Bath Salts Intoxication," 2013 Mental Health Symposium, Athens, GA  2/6/13


**State Professional Activities**
Judge at 34th Georgia Science and Engineering Fair, 4/82
Judge at 35th Georgia Science and Engineering Fair, 4/83
Judge at 36th Georgia Science and Engineering Fair, 4/84
Judge at 37th Georgia Science and Engineering Fair, 4/85
Participant at the 28th Annual Pre-Pharmacy Advisors Conference, 10/85
Poster Presentation Judge, Interdisciplinary Toxicology Program Annual Retreat, 4/5/13


**Postdoctoral Fellows**

Lisa Portis, Ph.D., 1989-1991
Mohamed Saleh Hassan, Ph.D., 1990-1991
Zhao-hui Meng, M.D., 1998-99

**Current Graduate Students**

Santhosh Karunakaran, MS Candidate – Regulatory Affairs
Palak Patel – PhD Candidate – Interdisciplinary Toxicology Program

**Graduate Students Directed**

Elizabeth Heric (M.S. 1983)
"Altered Vascular Reactivity in the Rabbit during Progressive Hypercholesterolemia."

Laura Plunkett (Ph.D. 1984)
"Interactions of Cardiac Glycosides with Central Catecholaminergic Neurons."

Rachelle Rydzik (Ph.D. 1984)
"Characterization and Pharmacological Properties of Unknown Eicosanoids."

Thomas Arnold (Ph.D. 1985)
"Pharmacodynamic Anomalies Associated with Verapamil."

Nadia Radwan (Ph.D. 1988) Co-Major Professor
"Microencapsulation of Disopyramide for Oral Sustained Release and Subsequent Pharmacokinetic
Studies in the Dog."

Rachel Laskey (Ph.D. 1988)
"Opioidergic Involvement in Renin Release."

Ralph Claxton (M.S. 1989)
"The Digoxin-Verapamil Interaction:  Tissue Distributions and the Role of Norverapamil."

Cynthia Liu (M.S. 1989)
"Uptake and Release of Propranolol in Deoxycorticosterone Acetate (DOCA)-Salt Rats."

Leslie Jones (Ph.D., 1990)
"Cardiotoxicity of Cocaine and Norcocaine."

Adel Soliman (Ph.D., 1990)
"Mechanisms of Altered Vascular Reactivity in Saphenous Vein Grafts"

Hyeri Cha (Ph.D., 1993)
"Mechanisms of Pre- and Postsynaptic Effects of Angiotensin II on Sympathetic Neuroeffector
Transmission in the Rat and Rabbit Mesenteric Artery"

Dustan Barber (Ph.D., 1994)
"The Influence of Race on Vascular Reactivity and Oxygen Free Radical Production and Sequestration"

Kathirae Severson (Ph.D., 1995)
"Hemodynamic Effects of Opiates in Streptozotocin-Induced Diabetes"

Li-Fan Zhao (Ph.D.,1997)
"Vasomotor Effects of Lipoprotein on Human Saphenous Vein and Possible Gender Differences"

Emily Josey (Ph.D.,2001)
"Antioxidant Properties  of St. John=s Wort@

Olatoye Oyelowo (M.S., 2007)
"Patient Preferences for Antihypertensive Therapy in a Cost Benefit Analysis Context:  The Role of the
Angiotensin Converting Enzyme Inhibitors in Treatment Considerations for Hypertension"

Trey Thorsen (M.S., 2009) –Regulatory Affairs
"Analysis of the Risk and Benefit Information Presented in Broadcast Direct-to-Consumer Advertising"

Michelle Whittaker (M.S., 2009) – Regulatory Affairs
"Impact Assessment of the Quality System Regulations for Medical Devices – ISO 13485:2003 and 21 CFR
820 and the CAPA System"

Andrew Walden (M.S., 2011) – Regulatory Affairs
"Is the Interagency Coordinating Committee on the Validation of Alternative Methods (ICCVAM)
Perceived to be an Efficient Model for Facilitating the Acceptance of Alternative Testing Methods?"

Palak Patel (Ph.D Candidate, 2013)
"Cost Effectiveness of Active Surveillance vs Immediate Treatment for Low Risk Prostate Cancer
Patients"

**Undergraduate Honors Thesis Directed**

Cynthia Lester (2000)
"Comparison of the Antioxidant and Pro-oxidant Properties of St. John=s Wort to Vitamin C"

Elizabeth Lester (2000)
"The Antioxidant Properties of St. John=s Wort as Compared to Vitamin E"

Kimberly Ann Brown (2001)
"Orphan Drugs: A Comprehensive and Collective Website"

**Graduate Committees**

| | | |
|---|---|---|
| Lynn Courtney | M.S. | Medicinal Chemistry |
| James Ward | M.S. | Pharmacology |
| Karen Quinn | Ph.D. | Medicinal Chemistry |
| Bradley Clar | Ph.D. | Pharmaceutics |
| Debra Jones | Ph.D. | Food Science |
| David Arrendal | Ph.D. | Medicinal Chemistry |
| Antoinette Jernigan | Ph.D. | Pharmacology-Veterinary Medicine |
| Adel Soliman | Ph.D. | Pharmacology |
| Luke Lipham | Ph.D. | Pharmacology-Veterinary Medicine |
| Garry George | Ph.D. | Medicinal Chemistry |
| Hyo Kim | Ph.D. | Pharmacology-Toxicology |

| | | |
|---|---|---|
| Lory Rund | Ph.D. | Dairy Science |
| Doug Kemp | Ph.D. | Pharmacology-Veterinary Medicine |
| Myungsoo Kim | Ph.D. | Medicinal Chemistry |
| Bernhard Lampert | Ph.D. | Medicinal Chemistry |
| Soad Abou El-Ela | Ph.D. | Pharmacology |
| Sue Clark | Ph.D. | Physiology-Veterinary Medicine |
| Barbara Mullen | Ph.D. | Food Science |
| Mohammed Metwally | Ph.D. | Medicinal Chemistry |
| Walter Schmidt | Ph.D. | Medicinal Chemistry |
| Tai Kyun Rho | Ph.D. | Medicinal Chemistry |
| Bob Hunt | M.S. | Pharmacology-Veterinary Medicine |
| Julia Satterwhite | Ph.D. | Pharmaceutics |
| Kimmy Mizinga | Ph.D. | Physiology-Veterinary Medicine |
| Ralph Graham | Ph.D. | Exercise Physiology |
| Chris Wang | Ph.D. | Food Science |
| James Kelley | Ph.D. | Medicinal Chemistry |
| Wael Doukmak | Ph.D. | Pharmaceutics |
| Xong Tai Lu | Ph.D. | Psychology |
| Rajesh Kumar Dua | Ph.D. | Medicinal Chemistry |
| Joan Fisher | Ph.D. | Foods and Nutrition |
| David Schneider | Ph.D. | Physiology - Veterinary Medicine |
| Brad Simmons | Ph.D. | Medicinal Chemistry |
| Carlota Andrews | Ph.D. | Pharmacology/Toxicology |
| Nancy Turpin | M.S. | Exercise Physiology |
| Ngoc Huang Do | Ph.D. | Pharmaceutics |
| Hosang Yoo | Ph.D. | Exercise Physiology |
| Gary Ponder | Ph.D. | Medicinal Chemistry |
| Jingli Liu | Ph.D. | Medicinal Chemistry |
| Bao Hong Tian | Ph.D. | Pharmacology/Toxicology |
| Gary Miller | Ph.D. | Pharmacology/Physiology-Vet. Med. |
| PingPing Lou | M.S. | Pharmacology/Toxicology |
| Amani Khalifa | Ph.D. | Pharmacology/Toxicology |
| Allison O'Connell | Ph.D. | Pharmacology/Toxicology |
| Kevin Holloman | Ph.D. | Pharmacology/Toxicology |
| Jade Spell | Ph.D. | Medicinal Chemistry |
| Dan Schoeffner | Ph.D. | Pharmacology/Toxicology |
| Ahsanul Haque | Ph.D. | Medicinal Chemistry |
| Hong Yu | Ph.D. | Pharmacology/Toxicology |
| Varsha Pise | Ph.D. | Pharmacology/Toxicology |
| Li You | PhD. | Pharmacology/Toxicology |
| Hailang Zhang | M.S. | Medicinal Chemistry |
| Caryl Bourne | Ph.D. | Medicinal Chemistry |
| Jennifer Young | Ph.D. | Medicinal Chemistry |
| Pat Shaw-Allen | Ph.D. | Toxicology |
| Karthik Srinwasan | Ph.D. | Pharmaceutical & Biomedical Sciences |
| Bill Caufield | Ph.D. | Pharmaceutical & Biomedical Sciences |
| Karthik Vishwanathan | Ph.D. | Pharmaceutical & Biomedical Sciences |
| Bryan Skelton | Ph.D. | Pharmaceutical & Biomedical Sciences |
| Luther Tow | M.S. | Environmental Sciences |

| | | |
|---|---|---|
| Michael Lumpkin | Ph.D. | Pharmaceutical & Biomedical Sciences |
| Bin Fang | Ph.D. | Pharmaceutical & Biomedical Sciences |
| Suzie Hong | Ph.D. | Exercise Science |
| Valeria Rubin | Ph.D. | Pharmaceutical & Biomedical Sciences |
| Lee Wallace | M.S. | Clinical Exercise Physiology |
| Ryan Stranger | M.S. | Clinical Exercise Physiology |
| Jennifer Olive | Ph.D. | Exercise Science |
| Christopher Graham | M.S. | Clinical Exercise Physiology |
| Mary Beth Haas | M.S. | Clinical Exercise Physiology |
| Jason Dorminy | M.S. | Clinical Exercise Physiology |
| DeAnne Davis | M.S. | Clinical Exercise Physiology |
| Yazen Alnouti | Ph.D. | Pharmaceutical & Biomedical Sciences |
| Gurbir Doad | M.S. | Pharmaceutical & Biomedical Sciences |
| Kimberly Hill | Ph.D. | Pharmaceutical & Biomedical Sciences |
| Lee Stoner | M.S. | Exercise Science |
| Andrew O=Neil | M.S. | Exercise Science |
| Lauren Covet | M.S. | Exercise Science |
| Matt Reifenberger | M.S. | Exercise Science |
| Gurbir Doad | M.S. | Pharmaceutical & Biomedical Sciences |
| Billi West | M.S. | Exercise Science |
| Laura Hines | M.S. | Exercise Science |
| Katie McKelcan | M.S. | Exercise Science |
| Lee Stoner ` | Ph.D. | Exercise Science |
| Neal Burkhalter | M.S. | Exercise Science |
| Alex Harris | Ph.D. | Clinical & Administrative Pharmacy |
| Meng Xu | Ph.D. | Pharmaceutical & Biomedical Sciences |
| Liang Shen | Ph.D. | Pharmaceutical & Biomedical Sciences |
| Elizabeth Hohnadel | Ph.D | Clinical & Administrative Pharmacy |
| Livia Machado | Ph.D | Clinical & Administrative Pharmacy |
| Bo Zheng | Ph.D | Pharmaceutical & Biomedical Sciences |
| Cary Hinds | Ph.D | Pharmaceutical & Biomedical Services |
| Hazem Elewa | Ph.D | Clinical & Administrative Pharmacy |
| David Rychy | Ph.D | Clinical & Administrative Pharmacy |
| Kelli Gibbs | M.S. | Exercise Science |
| Andrea Bossone | M.S. | Exercise Science |
| Kamakshi Sachidananam | Ph.D | Clinical & Administrative Pharmacy |
| Amy Walthour | Ph.D. | Clinical & Administrative Pharmacy |
| Carrah James | Ph.D. | Educational Psychology |
| Nilesh Bhudta | Ph.D. | Pharmacy Care Administration |
| Dawei Li | Ph.D. | Pharmaceutical & Biomedical Sciences |
| Matthew Rycyk | M.S. | Regulatory Affairs |
| Matt Christopher Brown | M.S. | Regulatory Affairs |
| Chakita Williams | Ph.D. | Clinical & Administrative Pharmacy |
| Mohan Thakare | Ph.D. | Pharmaceutical & Biomedical Sciences |
| Mohammed Abdelsaid | Ph.D. | Clinical & Administrative Pharmacy |
| Pankaj Sethi | Ph.D. | Pharmaceutical & Biomedical Sciences |
| Melissa Gaynor | M.S. | Regulatory Affairs |
| Heath Ford | Ph.D. | Clinical & Administrative Pharmacy |
| Jennifer Caps Palmer | M.S. | Regulatory Affairs |

| Marie F Mathews | M.S. | Regulatory Affairs |
| Heath Ford | Ph.D. | Clinical & Administrative Pharmacy |
| Jen Whelan | M.S. | Regulatory Affairs |
| Joy Sherrick | M.S. | Regulatory Affairs |
| Samantha Magazu | M.S. | Regulatory Affairs |
| Rian Marie Extavour | Ph.D. | Clinical & Administrative Pharmacy |

**Reviewer For Journals**

American J. Physiology
American J Veterinary Research
Analytical Letters
Research Communications Pharmacol.
J. Pharmaceutical Science
Biopharm. Drug Disposition
FASEB Journal
Brain Research Bulletin
Pharmacology Biochemistry and Behavior
Journal of Pharmacology and Experimental Therapeutics
Life Sciences
Coronary Artery Disease
Journal of the American Veterinary Medical Association
Hypertension
Journal of Geriatric Drug Therapy
Circulation
Ethnicity and Disease
Pharmacology
International Journal of Cardiology
Current Cancer Drug Targets

**Reviewer for Granting Agencies**

Georgia Heart Association
American Heart Association - Southeastern Regional Peer Review Committee
National Kidney Foundation of Georgia
March of Dimes
Department of Veteran Affairs
Centers for Disease Control and Prevention Review Committee

**Committees**

l.   Award for Graduate Research Excellence (Chairman)
2.   College of Pharmacy Self Study - Curriculum Committee (Chairman)
3.   Georgia Pharmacist Magazine (Advisor)
4.   Phi Delta Chi (Advisor)
5.   Scholarships, Grants and Awards Committee
6.   Faculty Affairs Committee
7.   Library and Instructional Aids (Chairman, 1984)

8.   Evaluation of Research Tools (Ad Hoc)
9.   Pharmacy Technician Committee (Ad Hoc)
10.  Goals and Objectives Committee (Ad Hoc)
11.  College of Pharmacy Animal Studies Committee
12.  Safety Committee (Chairman, 1985)
13.  College of Pharmacy Seminar Committee
14.  College of Pharmacy Student Impairment Committee
15.  College of Pharmacy Pharm.D. Task Force
16.  College of Pharmacy Animal Resources Committee (Chairman, 1988-1992)
17.  College of Pharmacy Executive Committee
18.  Dept. of Pharmacology Faculty Search Committee (Chairman, 1988)
19.  UGA-Faculty Development Grant Peer Review Committee
20.  American Heart Association/Georgia Affiliate Research Peer Review Committee (1984-1991)
21.  American Heart Association/Georgia Affiliate Policy and Allocations Committee (1988-present)
22.  College of Pharmacy Educational Planning Committee (1987-1992)
23.  Career Planning Committee, University of Georgia Graduate School
24.  National Kidney Foundation Medical Advisory Board (1988-present)
25.  Robert Anderson Memorial Award Committee - UGA (Chairman, l989)
26.  University of Georgia Toxicology Steering Committee (l989-present)
27.  University of Georgia, Director of Animal Resources Search Committee (1990)
28.  University of Georgia, Neuroscience Training Committee (1990-present)
29.  Special Projects Task Force, Georgia Heart Association (1992)
30.  College of Pharmacy Admissions Committee (Chairman, 1992-94)
31.  American Heart Association/Georgia Affiliate Research Peer Review Committee (1993-96)
32.  American Heart Association Southeastern Regional Peer Review Committee (1993-96)
33.  American Heart Association/Georgia Affiliate Research Committee (1994-95)
34.  University of Georgia Minority Research Committee (1994-1995)
35.  University of Georgia Davis Toxicology Chair Committee (1994-1995)
36.  College of Pharmacy Academic Committee (1994-96, Chairman, 1995-96)
37.  University of Georgia Minority Access to Biomedical Research Committee (l994-present)
38.  University of Georgia Instructional Advisory Committee (1995-98)
39.  College of Pharmacy Promotion and Tenure Committee (1995-1998)
40.  College of Pharmacy Student Impairment Committee (Co-Chairman1996-present)
41.  Georgia Pharmaceutical Association Pharmassist Committee (1996- present)
42.  American Heart Association/Georgia Affiliate Research Peer Review Committee - Vice Chair (1996-97)
43.  Department of Biochemistry Review Committee, University of Georgia - Chair (1997)
44.  College of Pharmacy Dean Review Committee, University of Georgia (1997)
45.  Merck Hypertension Specialty Council (1997-present)
46.  American Heart Association, Southern Research Consortium Peer Reveiw Committee (1997-present)
47.  Department of Exercise Physiology Program Review Committee, University of Georgia - Chair (1997-98)
48.  Department of Clinical & Administrative Sciences Graduate Education Committee - Chair (1997-present)
49.  Department of Clinical & Administrative Sciences Promotion and Tenure Committee - Chair (1998-present)
50.  Department of Small Animal Medicine, University of Georgia College of Veterinary Medicine Review Committee - Chair (1998-99)
51.  College of Pharmacy Dean Search Committee (1999)
52.  University of Georgia President=s Advisory Council (1999-2001, Chairman,2001)

53. American Society of Pharmacology and Experimental Therapeutics Committee on Education (1999-2001)
54. College of Pharmacy Graduate Education and Curriculum Committee (1998-present)
55. College of Pharmacy Continuing Education Committee (1999-present, Chairman 2001)
56. College of Pharmacy Promotion and Tenure Committee (1999-present, Chairman 2001)
57. University of Georgia Program Review Committee (1999-present, Chairman 2000-01)
58. University of Georgia Graduate Mediation Committee (2001-present)
59. University of Georgia Promotion and Tenure Review Committee (2002-2005)
60. University of Georgia Promotion and Tenure Guideline Review Committee (2003-4)
61. American Heart Association Research Committee - Southeastern (2003-4, Vice Chair)
62. American Heart Association Research Committee - Southeastern (2004-2005, Chairman)
63. American Heart Association Peer Review Committee - Southeastern (2004-present)
64. University of Georgia Academic Honesty Panel (2005-7)
65. University of Georgia College of Pharmacy Dean Review Committee (2005-6)
66. University of Georgia College of Pharmacy Curriculum Task Force (2006)
67. American Heart Association Research Peer Review Committee - Southeastern (Co-Chair 2006-7)
68. Southeast and Florida/Puerto Rico Affiliates Joint Operating Committee Reseach Subgroup (Chair 2006)
69. University of Georgia/Medical College of Georgia Medical School Preclinical Curriculun Planning Committee
70. University of Georgia Academic Honesty Multiple Violations Review Board (2007-present)
71. University of Georgia Richard Russell Outstanding Teaching Awards Selection Committee (2007-9)
72. University of Georgia Graduate School Dean Review Committee (2008-9)
73. MCG/UGA Clinical Chair Search Committee 2008
74. University of Georgia College of Pharmacy Regulatory Affairs Advisory Board (2007- present)
75. University of Georgia Promotion & Tenure Appeals Committee (2009-2012)
76. American Heart Association Science Classification Committee (2009-2010)
77. University of Georgia Conference of Southern Graduate School's Master Thesis Award (Life Sciences) Judging Committee (2009)
78. American Heart Association Peer Review Committee – Vascular Endothelial Biology & Function Committee (2010-12)
79. National Center for Injury Prevention and Control, Centers for Disease Control and Prevention Review Committee – FOA CE10-002, Unintentional Poisoning from Prescription Drug Overdoses in Adults (R21) (2009-2012)
80. UGA Professional and Applied Studies Faculty Research Grant Committee (present – 2014)
81. College of Pharmacy Promotions and Tenure Committee (2011-12)
82. American Heart Association Peer Review Committee – Vascular Endothelial Biology & Function Committee – Co-Chair (2012-2014)
83. University of Georgia College of Pharmacy Dean Review Committee (2013)

April 2013